UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re | Chapter 11 |
| PAYTON CONSTRUCTION CORPORATION | Case No. 07-11522-RS |
| Debtors. |  |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF ALEX F. MATTERA AND REQUEST FOR TERMINATION OF CM/ECF NOTICES AND CONTINUED APPEARANCE OF MCCARTER & ENGLISH, LLP

Kindly withdraw the appearance of Alex F. Mattera (amattera@mccarter.com) in the above-captioned matter. McCarter & English, LLP and its attorney below continue to appear as counsel to SSB Realty, LLC:

Charles A. Dale, III, Esq.
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
cdale@mccarter.com

Respectfully submitted,

SSB Realty, LLC

By Its Attorney,

/s/ Charles A. Dale, III
Charles A. Dale, III (BBO #558839)
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6500
Facsimile: (617) 607-9200
cdale@mccarter.com

June 7, 2007

ME1 6479925v.1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re | ) ) ) Chapter 11 ) Case No. 07-11522-RS |
| PAYTON CONSTRUCTION CORPORATION | ) ) |
| Debtors. | ) ) ) |

## CERTIFICATE OF SERVICE

I, Charles A. Dale, hereby certify that on this 7th day of June, 2007, I caused a copy of the foregoing *Notice of Withdrawal of Appearance of Alex F. Mattera and Request for Termination of CM/ECF Notices and Continued Appearance of McCarter & English, LLP* to be served by mailing copies by first-class mail, postage prepaid, or as otherwise indicated, to the parties named on the attached list.

SSB Realty, LLC

By Its Attorney,

/s/ Charles A. Dale, III
Charles A. Dale, III (BBO #558839)
Alex F. Mattera (BBO #641760)
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6500
Facsimile: (617) 607-9200
cdale@mccarter.com
amattera@mccarter.com

June 7, 2007

ME1 6479925v.1

SERVICE LIST FOR PAYTON
CONSTRUCTION
#6287176

Payton Contruction Corp. (Debtor)
273 Summer Street
Boston, MA 02210

John Fitzgerald - **VIA ECF**
Assistant U.S. Trustee
Office of the US Trustee
101 Causeway Street
Boston, MA 02222

Pamela Smith Holleman - **VIA ECF**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Valerie S. Carter - **VIA ECF**
Carter & Doyle LLP
Lexington Office Park
430 edford St., Suite 195
Lexington, MA 02420

William J. McLeod - **VIA ECF**
McLeod Law Offices, PC
77 Franklin Street
Boston, MA 02110

Leslie F. Su - **VIA ECF**
Peter J. Haley - **VIA ECF**
Stephen F. Gordon and Todd Gordon - **VIA ECF**
Gordon Haley LLP
101 Federal Street
Boston, MA 02110

Andrew G. Lizotte - **VIA ECF**
Harold B. Murphy - **VIA ECF**
Natalie B. Sawyer - **VIA ECF**
Hanify & King
One Beacon St., 21st Floor
Boston, MA 02108

Carolyn M. Francisco - **VIA ECF**
Corwin & Corwin LLP
One Washington Mall
Boston, MA 02108

Michael B. Feinman - **VIA ECF**
Feinman Law Offices
23 Main Street
Andover, MA 01810

Victor Bass - **VIA ECF**
John F. Drew - **VIA ECF**
Lauren E. Darcy - **VIA ECF**
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

MEI 6479925v.1

Francois Croteau
Industries Canatal, Inc.
2885, Boul, Frontenac Est
Thetford,Mines
Quebec Canada G6G 6P6

David Cannistraro
JC Cannistraro LLC
P.O. Box 413
Watertown, MA 02471

Jon Marquis
New England Finish Company
One Delaware Drive
Salem, NH 03079

Daniel Courchesne
ITR Drywall, Inc.
174 Avenue C
Williston, VT 05495

Robert Mandile
Allegheny Contract Flooring
36 Holton Street
Winchester, MA 01890

Gerry DeSousa
Cox Engineering
35 Industrial Avenue
Canton, MA 02021

John R. Desmond
MJ Flaherty Company
One Gateway Center
Newton, MA 02458-2804

John McLaughlin
Sullivan & McLaughlin Co. Inc.
74 Lawley Street
Boston, MA 02122

Todd Eagan
Boston Light Electrical
Contractors, Inc.
100 Sagamore Street
Quincy, MA 02171

Gerry Lyons
Cheviot Corporation
55 Fourth Avenue
Needham Heights, MA 02494

Paul Lebel, Jr.
Walsh Mechanical Contractors
380 North Avenue
Abington, MA 02351

Mario DiMartino
Pinnacle Piping & Service
392 Libbey Industrial Parkway
Weymouth, MA 02189

ME1 6479925v.1

Sandy Will
AA Will Corporation
145 Island Street
Stoughton, MA  02072

Tina Kennedy
Kennedy Mechanical, Inc.
271 Salem Street, Unit H
Woburn, MA  01801

Peter Patch
ML McDonald Companies
50 Oakland Street
P.O. Box 315
Watertown, MA  02471

Paul Maiuri
Maiuri Electrical Corp.
100 Ferncroft Road, Suite 211
Danvers, MA  01923-4028

William Butler
Butler Architectural Woodworks
220 Theodore H. Rice Blvd.
New Bedford, MA  02745

David H. Curry, Jr.
Curry Woodworking, Inc.
61 Strafello Road
Avon, MA  02322

Charlie Bjornson
SOS Corporation
331 West Street
Milford, MA  01757

Charles Fisher
S&F Concrete Contractors, Inc.
166 Central Street
P.O. Box 427
Hudson, MA  01749

Brian D. Lajeunesse, Esquire
Atty for Travelers Casualty & Surety Co. of America
HERMES, NETBURN, O'CONNOR & SPEARING, P.C.
265 Franklin St., Seveth Floor
Boston, MA  02110

Peter G. Hermes, Esquire
Atty for Travelers Casualty & Surety Co. of America
Hermes, Netburn, O"conner & Spearing
265 Franklin St., Seventh Fl.
Boston, MA  02110

Scott S. Spearing, Esquire
Atty for Travelers Casualty & Surety Co. of America
Hermes Netburn O'Connor & Spearing
265 Franklin St., Seventh Floor
Boston, MA  02110

Bruce E. Falby, Esquire - **VIA ECF**
Atty for General Hospital Corporation
d/b/a Massachusetts General Hospital
DLA Piper US LLP
33 Arch Street, 26th Floor
Boston, MA  02110

ME1 6479925v.1

Stephen Kutenplon, Esquire
Atty for Payton
Tarlow Breed Hart & Rogers, P.C.
101 Huntington Avenue
Boston, MA 02110


Paul D. Moore, Esquire
Atty for Sullivan & McLaughlin Co., Inc.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210


Thomas J Scannell, Esquire
Atty for C.A. Senecal Electric Services, Inc.
Fusaro, Altomare & Ermilio
11 Foster Street, Suite 200
Worcester, MA 01608


Walter John Rudicus, Vice President
Creditors Committee Chairman
Sullivan & McLaughlin Companies, Inc.
74 Lawley Street
Boston, MA 0 2122


ANDREW J. TINE, ESQUIRE
ATTY FOR KENNETH CASTELLUCCI & ASSOCIATES, INC.
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Floor
Bristol, RI 02809


Walter John Rudicus, Vice President
Creditors Committee Chairman
Sullivan & McLaughlin Companies, Inc.
74 Lawley Street
Boston, MA 02122


Joel Lewin, Esquire
Atty for A.A. Will Corp.
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109


William F. Macauley, Esquire
Atty for The Kensington Investment Company, Inc.
Craig and Macauley, P.C.
600 Atlantic Avenue
Federal Reserve Plaza
Boston, MA 02210


Anthony Cipriani, Esquire
Atty for Maiuri Electrical Corporation
63 Atlantic Avenue, Third Floor
Boston, MA 02110


Thomas R. Califano, Esquire
Vincent J. Roldan, Esquire
Atty for Marriott International, Inc. & Marriott International Design & Construction Services, Inc.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104


Victor G. Milione, Esquire
Nixon Peabody LLP
100 Summer St.
Boston, MA 02110-2131


Joseph Layden, Treasurer
M.J. Flaherty Company
One Gateway Center, Suite 450
Newton, MA 02458

MEI 6479925v.1

Paul Le Bel, II, Vice President
Walsh Mechanical Contractors
380 North Avenue
Abington, MA 02351

Jon Marquis, Owner
New England Finish Systems
1 Delaware Drive
Salem, NH 03079

John D. Burke, Esquire - **VIA ECF**
For Allegheny Contract Flooring, Inc.
Dumont, Morris and Burke, P.C.
14 Beacon Street, #300
Boston, MA 02108

David Cannistraro, Manager
J.C. Cannistraro, LLC
80 Rosedale Road
Watertown, MA 02471

Valerie S. Carter, Esquire
For Canatal Industries
Carter & Doyle LLP
430 Bedford Raod, Suite 195
Lexington, MA 02420

(Atty. For Lake HVAC)
Herbert Weinberg - **VIA ECF**
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109

Jennifer V. Doran - **VIA ECF**
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109

(Atty for 700 Harrison LLC)
Douglas B. Rosner - **VIA ECF**
J. Patrick Yerby - **VIA ECF**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

(Atty. For Eastern Bank)
William J. Hanlon - **VIA ECF**
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02110

(Atty. To Air Technologies, Inc.)
Anthony A.A. McGuinness - **VIA ECF**
Jeffrey J. Cymrot - **VIA ECF**
Sassoon & Cymrot LLP
84 State Street
Boston, MA 02109

(Atty. For Sullivan McLaughlin Co., Inc.)
Jennifer L. Hertz - **VIA ECF**
Paul D. Moore -
Duane Morris LLP
470 Atlantic Ave., Suite 500
Boston, MA 02210

William F. Macauley
Joseph J. Koltun - **VIA ECF**
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Ave.
Boston, MA 02210

ME1 6479925v.1

Christopher J. Panos - **VIA ECF**
Kathleen A. Rahbany - **VIA ECF**
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Christopher W. Parker - **VIA ECF**
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

Joseph G. Butler - **VIA ECF**
Barron & Stadfeld, PC
100 Cambridge St., Suite 1310
Boston, MA 02114

David J. Reier - **VIA ECF**
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004

Edgar B. Hatrick - **VIA ECF**
Day Pitney LLP
One International Place
Boston, MA 02110

Michael J. Pappone, Esq. - **VIA ECF**
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Zachary D. Drench, Esq.
Matthew J. Dunn, Esq.
Robyn W. Sinder, Esq.
Combined Properties, Inc.
300 Commercial Street, Suite 25
Malden, MA 02148

Robert J. Kerwin
Stephen Kutenplon
John D. Finnergan - **VIA ECF**
Tarlow Breed Hart & Rodgers, P.C.
101 Huntington Ave.
Boston, MA 02110

ME1 6479925v.1