# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Payton Construction Corporation    **Case Number:** 07-11522    **Ch:** 11

**MATTER:**
Doc# 1441 First Interim Fee Application for Compensation and Reimbursement of Expenses of Vitale, Caturano & Company, PC, Accountant for Payton Construction Corporation, Accountant, Period: 3/16/2007 to 8/31/2007, Fee: $37,556.80, Expenses:

**MOVANT/APPLICANT/PARTIES:**

**OUTCOME:**

_____Granted_____Denied_____Approved____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
__✓__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The applicant shall immediately serve notice of this application on all creditors not already served with the motion itself and file a certificate of such notification.

IT IS SO NOTED:                                IT IS SO ORDERED:

                                               *Robert Somma*                    Dated: 10/3/2007
_____                    _____
Courtroom Deputy                               Robert  Somma, U.S. Bankruptcy Judge