# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Payton Construction Corporation        **Case Number:** 07-11522        **Ch:** 11

**MATTER:**

Doc# 1437 First Interim Application for Compensation with certificate of service for Holland & Knight LLP, Special Counsel, Period: 3/16/2007 to 8/31/2007, Fee: $345567, Expenses: $9465.01.

**MOVANT/APPLICANT/PARTIES:**

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_✓\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The applicant shall immediately serve notice of this application on all creditors not already served with the motion itself and file a certificate of such notification.

IT IS SO NOTED:                                IT IS SO ORDERED:

                                               *Robert Somma*        Dated: 10/3/2007
_____
Courtroom Deputy                               Robert Somma, U.S. Bankruptcy Judge