# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Payton Construction Corporation          **Case Number:** 07-11522          **Ch:** 11

**MATTER:**

Doc# 1445 First Interim Fee Application for Compensation and Reimbursement of Expenses by Gordon Haley LLP as counsel for Payton Construction Corporation, Debtor's Attorney, Period: 3/16/2007 to 8/31/2007, Fee: $935,522.00, Expenses: $2

**MOVANT/APPLICANT/PARTIES:**

**OUTCOME:**

_____Granted_____Denied_____Approved_____ Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____

                         Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

  ✓  DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The applicant shall immediately serve notice of this application on all creditors not already served with the motion itself and file a certificate of such notification.

IT IS SO NOTED:                        IT IS SO ORDERED:

_____          _____ Dated: 10/3/2007

Courtroom Deputy                       Robert  Somma, U.S. Bankruptcy Judge