UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>PAYTON CONSTRUCTION CORPORATION,<br><br>Debtor. | Chapter 11<br>Case No. 07-11522 (RS) |

## REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §503(b)(1)(A)

Atlantic Power and Light Co., Inc. ("APL"), an administrative creditor in the above-captioned Chapter 11 proceeding, , moves that the Court enter an order directing the debtor in possession to pay it the sum of $87,521.40, as an administrative expense pursuant to 11 U.S.C.  §503(b)(1)(A).  In support of its motion APL states the following:

1.      On March 16, 2007 (the "Petition Date"), Payton Construction Corporation (the "Debtor") filed a voluntary petition seeking relief under Chapter 11 and has operated its business as a debtor in possession since that date.

2.      On March 20, 2007, APL, as subcontractor, and the Debtor entered into a "Job Order Agreement" (the "Contract") (copy annexed hereto as Exhibit A) wherein APL agreed to provide labor, materials, equipment and insurance to complete electrical work on a project known as the "British Airways Lounge" and the Debtor agreed to pay APL the sum of $393,000 for the labor, materials, equipment and insurance provided.

3.      On October 31, 2007, APL, in accordance with the terms of its Contract with the Debtor, submitted an "Application and Certification for Payment" ("Requisition No. 9") (copy annexed hereto as Exhibit B) seeking payment of $87,521.40 for goods and services rendered on the

British Airways Lounge Project for the period through October 23, 2007.

4.       The Debtor failed to timely pay Requisition No. 9.

5.       APL is owed the sum of $87,521.40 for labor, materials, equipment and insurance provided to the Debtor on the British Airways Lounge Project.

6.       APL's claim for labor, materials, equipment and insurance provided to the Debtor on the British Airways Lounge Project is an actual, necessary cost and expense of preserving the estate, and therefore constitutes an administrative claim against the estate pursuant to 11 U.S.C. §503(b)(1)(A).

WHEREFORE, APL moves that the court enter an order directing the debtor in possession to pay it the sum of $87,521.40 for labor, materials, equipment and insurance provided to the Debtor on the British Airways Lounge Project.

<div style="margin-left: 40%;">

Atlantic Power and Light Co., Inc.

By its attorneys,

BARRON & STADFELD, P.C.

</div>

Dated:  February 5, 2008

<div style="margin-left: 40%;">

/s/ Joseph G. Butler

Joseph G. Butler (BBO # 544284)
100 Cambridge Street, Suite 1310
Boston, MA 02114
(617) 531-6558
(617) 523-8359 [Facsimile]
JGB@Barronstad.com

</div>

EXHIBIT A



**PAYTON**
CONSTRUCTION
2?? Summer Street - Boston, MA 02210
(17) 423-9035 , Fax (617) 423-0975

# Job Order Agreement

| | |
|---|---|
| Job Order Number | 10368-16160-011 |
| Job Number | 07-10368-00 |
| Job Order Date | 3/20/2007 |

**To/Company**
Atlantic Power & Light
17 Dickens Street
Boston, MA   02122

**Project Name**
British Airways Lounge
Logan International Airport - Terminal "E"
East Boston, MA 02128
Fit-Out of Lounge-

---

| JOB ORDER INFORMATION |
|---|

This order is placed pursuant to and shall be governed by the terms and conditions of the Construction Master Subcontract agreement No. 04-06752 between Payton Construction Corporation and Atlantic Power & Light.

Except as specifically revised by the terms of the attached Project Addendum No. 1, all provisions of the Construction Master Subcontract agreement as originally issued shall remain in full force and effect.

This Job Order Number (10368-16160-011) must be referenced on all invoices for this service and for this project only.

Project/ Service contact:  Siebel, Chad @ 617 423-9035

**Additional Insured:**
Payton Construction Corporation
British Airways
Massachusetts Port Authority

Included in the contract :
Provide all labor, materials, equipment, and insurances to complete the full Electrical scope of work per plans & specifications by TPG Architecture dated 1/29/07. Contractor agrees to adhere to ongoing construction schedule as set forth by Payton Construction Corporation and all phasing as required to complete project. Contractor agrees to provide adequate manpower at all times to maintain ongoing schedule. Contractor agrees to maintain a clean and safe work area at all times, and clean up daily to GC specified location. Coordination of all deliveries must be made with Payton Site Super 48 Hours prior to delivery. Contractor is responsible for all required warranties and insurances.

Excluded in the contract :
N/A

General Notes:
N/A

| Total for Job Order Number: 10368-16160-011 | $393,000.00 |
|---|---|

| | |
|---|---|
| Subcontractor Signature/ Date    3/22/07 | PCC Authorized Signature/ Date    3/21/07 |

EXHIBIT B

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702                PAGE ONE OF TWO PAGES(S)

TO OWNER: Payton Construction
273 Summer Street
Boston, MA 02210

FROM CONTRACTOR:
Atlantic Power and Light Co., Inc.
17 Dickens Street
Boston, MA 02122

CONTRACT FOR: Electrical

PROJECT: British Airways
Terminal "E" Logan Airport
Boston, MA

VIA ARCHITECT:

| | |
|---|---|
| APPLICATION NO.: | 9 |
| PERIOD TO: | 23-Oct-07 |
| PROJECT NOS: | 07-10368-00 |
| CONTRACT DATE: | 20-Mar-07 |

Distribution to:

| | |
|---|---|
| X | OWNER |
| X | ARCHITECT |
| X | CONTRACTOR |
| ☐ | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

SEE ATTACHED SWORN STATEMENT FROM CONTRACTOR TO OWNER

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 393,000.00 |
| 2. Net change by Change Orders | $ | 53,544.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 446,544.00 |
| 4. TOTAL COMPLETED & STORED TO | $ | $446,544.00 |
| DATE        (Column G on G703) | | |
| 5. RETAINAGE: (Original Contract Only) | | |
| a.   0   % of Completed Work | | |
| (Column D + E on G703) | $ | 0.00 |
| b.   0   % of Stored Material | | |
| (Column F on G703) | $ | 0.00 |
| Total Retainage (Lines 5a + 5b or | | |
| Total in Column I of G703) | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 446,544.00 |
| (Line 4 Less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR | | |
| PAYMENT (Line 6 from prior Certificate) | $ | 359,022.60 |
| 8. CURRENT PAYMENT DUE | $ | 87,521.40 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | |
| (Line 3 less Line 6) | $ | 0.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $50,208.00 | $0.00 |
| Total approved this Month (#1) | $3,336.00 | $0.00 |
| TOTALS | $53,544.00 | $0.00 |
| NET CHANGES by Change Order | $53,544.00 | $0.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been paid by
the Contractor for Work for which previous Certificates for Payment were issued and
payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Atlantic Power and Light Co., Inc.

By: _____    Date: ___10/31/2007___

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data
comprising the application, the Architect certifies to the Owner that to the best of the
Architect's knowledge, information and belief the Work has progressed as indicated,
the quality of the Work is in accordance with the Contract Documents, and the Contractor
is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............... $        87,521.40

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this
Application and on the Continuation Sheet that are changed to conform with the amount certified.)
ARCHITECT:

By: _____    Date: ___31-Oct-07___

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the
Contractor named herein. Issuance, payment and acceptance of payment are without
prejudice to any rights of the Owner or Contractor under this Contract.

# CONTINUATION SHEET

## AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 9
APPLICATION DATE: 31-Oct-07
PERIOD TO: 31-Oct-07
ARCHITECT'S PROJECT NO:

P10368

| A ITEM NO. | B DESCRIPTION OF WORK | C CONTRACT VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | **ORIGINAL CONTRACT** | | | | | | | | |
| 1 | Total Light Fixtures | $147,000.00 | $147,000.00 | | $0.00 | $147,000.00 | 100.00% | $0.00 | $14,700.00 |
| 2 | Total Distribution Gear | $6,000.00 | $6,000.00 | | | $6,000.00 | 100.00% | $0.00 | $600.00 |
| 3 | Rough Wiring | $92,000.00 | $92,000.00 | | | $92,000.00 | 100.00% | $0.00 | $9,200.00 |
| 4 | Finish Wiring | $76,000.00 | $76,000.00 | | | $76,000.00 | 100.00% | $0.00 | $7,600.00 |
| 5 | Total Materials | $55,000.00 | $55,000.00 | | | $55,000.00 | 100.00% | $0.00 | $5,500.00 |
| 6 | Total Fire Alarm | $17,000.00 | $17,000.00 | | | $17,000.00 | 100.00% | $0.00 | $1,700.00 |
| 7 | CO#1 Added Fixtures | | $2,660.00 | | | $2,660.00 | 100.00% | $0.00 | $266.00 |
| 8 | CO#2 Added Tel/Data | | $8,317.00 | | | $8,317.00 | 100.00% | $0.00 | $831.70 |
| 9 | CO#3 Added "P" Fixtures | | $7,937.00 | | | $7,937.00 | 100.00% | $0.00 | $793.70 |
| 10 | Credit "P" Fixture | | ($5,967.00) | | | ($5,967.00) | 100.00% | $0.00 | ($596.70) |
| 11 | Slip #3220 | | $711.00 | | | $711.00 | 100.00% | $0.00 | $71.10 |
| 12 | Slip 3560 | | $3,118.00 | | | $3,118.00 | 100.00% | $0.00 | $311.80 |
| 13 | CO#5 Added Power | | $14,456.00 | | | $14,456.00 | 100.00% | $0.00 | $1,445.60 |
| 14 | CO#6 Misc Outlets | | | $2,156.00 | | $2,156.00 | 100.00% | $0.00 | $215.60 |
| 15 | CO#7 Time Clock and Contactor | | | $16,820.00 | | $16,820.00 | 100.00% | $0.00 | $1,682.00 |
| 16 | CO#8 Expresso Outlet/Sneeze Guard | | | $3,336.00 | | $3,336.00 | 100.00% | $0.00 | $333.60 |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| | **GRAND TOTALS** | $393,000.00 | $424,232.00 | $22,312.00 | $0.00 | $446,544.00 | 113.62% | $0.00 | $44,654.40 |

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>PAYTON CONSTRUCTION CORPORATION,<br><br>                        Debtor. | Chapter 11<br>Case No. 07-11522 (RS) |

<u>CERTIFICATE OF SERVICE</u>

I, Joseph G. Butler, of Barron & Stadfeld, P.C., do hereby certify that on February 5, 2008, I

served a copy of the attached Request for Payment of Administrative Claim Pursuant to 11 U.S.C.

§503(b)(1)(A) on the persons on the attached service list by mailing a copy of the same, first class mail,

postage prepaid or manner specified on service list.

Signed under the penalties of perjury, February 5, 2008.

/s/ Joseph G. Butler
_____
Joseph G. Butler

SERVICE LIST

**ELECTRONIC SERVICE**

Victor Bass on behalf of Cox Engineering Company vbass@burnslev.com ,
cparis@burnslev.com  ; kdenneen@burnslev.com

Eric K. Bradford on behalf of United States Trustee Eric.K.Bradford@USDOJ.gov

John D. Burke on behalf of Allegheny Contract Flooring, Inc. jburke@dmbpc.net

Jeffrey J. Cymrot on behalf of Air Technologies, Inc. jcymrot@sassooncymrot.com ,
cymrot@gis.net ; dconroy@sassooncymrot.com

Lauren Darcy on behalf of Cox Engineering Company ldarcy@burnslev.com

Jennifer V. Doran on behalf of A.A. Will Corp. jdoran@haslaw.com , ktsilvestri@haslaw.com

John F Drew on behalf of Cox Engineering Company jdrew@burnslev.com ,
abrowne@burnslev.com

John D. Finnegan on behalf of Payton jfinnegan@tbhr-law.com

John Fitzgerald USTPRegion01.BO.ECF@USDOJ.GOV

Carolyn M. Francisco on behalf of Kennedy Mechanical, Inc. cfrancisco@corwinlaw.com

Stephen F. Gordon on behalf of Payton Construction Corporation !
sgordon@gordonhaley.com , haggerty@gordonhaley.com; notices@gordonhaley.com

Todd B. Gordon on behalf of Payton Construction Corporation tgordon@gordonhaley.com ,
notices@gordonhaley.com , ricketts@gordonhaley.com

Peter J. Haley on behalf of Payton Construction Corporation haley@gordonhaley.com ,
haggerty@gordonhaley.com ; notices@gordonhaley.com

William J. Hanlon on behalf of Eastern Bank whanlon@seyfarth.com

Jennifer L. Hertz on behalf of Sullivan & McLaughlin Co., Inc. jlhertz@duanemorris.com

Pamela Smith Holleman on behalf of Wellington Management Company, LLP
pholleman@sandw.com

Robert J. Kerwin on behalf of Payton rkerwin@tbhr-law.com

Joseph J Koltun on behalf of The Kensington Investment Company, Inc. & subs
pjkoltun@craigmacauley.com
Anthony McGuinness on behalf of Air Technologies, Inc. amcguinness@sassooncymrot.com

Paul F. O'Donnell on behalf of A.A. Will Corp. podonnell@haslaw.com ,
kabarrett@haslaw.com

Christopher J. Panos on behalf of Le Bel, Inc. d/b/a Walsh Mechanical Contractors
panos@craigmacauley.com , craigandmacauley@att.net

Kathleen Rahbany on behalf of Le Bel, Inc. d/b/a Walsh Mechanical Contractors
krahbany@craigmacauley.com , craigandmacauley@att.net

Douglas B. Rosner on behalf of 700 Harrison LLC drosner@goulstonstorrs.com

Leslie F. Su on behalf of Payton Construction Corporation Lsu@gordonhaley.com

Herbert Weinberg on behalf of Lake HVAC hweinberg@jrhwlaw.com ,
bmessina@jrhwlaw.com ; paper@mab.uscourts.gov

J. Patrick Yerby on behalf of 700 Harrison LLC pyerby@goulstonstorrs.com

Pamela Smith Holleman, Esq. on behalf of Wellington Management pholleman@sandw.com

Valerie S. Carter on behalf of Canatal Industries vcarter@carterdoyle.com

VIA FIRST CLASS MAIL

John R. Desmond
MJ Flaherty Company
One Gateway Center
Newton  MA 02458-2804

Todd Eagan
Boston Light Electrical Contractors, Inc.
100 Sagamore Street
Quincy, MA 02171

Gerry Lyons
Cheviot Corporation
55 Fourth Avenue
Needham Heights, MA 02494

Daniel Courchesne
ITR Drywall, Inc.
174 Avenue C
Williston, VT 05494

David H. Curry, Jr.
Curry Woodworking, Inc.
61 Strafello Road
Avon, MA 02322

Peter Patch
ML McDonald Companies
50 Oakland Street
PO Box 315
Watertown, MA 02471

David Cannistraro
JC Cannistraro LLC
PO Box 413
Watertown, MA 02471

Charlie Bjornson
SOS Corporation
331 West Street
Milford, MA 01757

Stacy Baral on behalf of Travelers
Travelers National Accounts
1 Tower Square-5MN
Hartford, CT 06183

Anthony Cipriani on behalf of
Maiuri Electrical Corporation
63 Atlantic Avenue
Third Floor
Boston, MA 02110

Daniel F. Driscoll
Vitale, Caturano & Company, P.C.
80 City Square
Boston, MA 02129

Robert P. Joy on behalf of
Bloomingdale's, Inc.
Morgan Brown & Joy, LLP
200 State Street
Boston, MA 02109

Brian E. Lacey on behalf of
General Glass & Mirror Corp.
c/o Meirwyn I. Walters
130 Centre Street
Danvers, MA 01923

Michael P. Sams on behalf of
Michelle L Tessier
Kenney & Sams, P.C.
Framingham Corporate Center
492 Old Connecticut Path
Framingham, MA 01701

Thomas E. Sartini on behalf of
W.L. French Excavating Corp.
Davagian & Associates
365 Boston Post Road, Suite 200
Sudbury, MA 01776

Williams Scotsman
Demetrius Nickens, Loss Mitigation
8211 Town Center Dr.
White Marsh, MD 21236