UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAYTON CONSTRUCTION CORPORATION,<br><br>        Debtor, | Chapter 11<br>Case No.: 07-11522-RS |

SECOND INTERIM APPLICATION FOR COMPENSATION
AND FOR REIMBURSEMENT OF EXPENSES OF HOLLAND & KNIGHT LLP
AS SPECIAL COUNSEL TO THE DEBTOR

Deborah S. Griffin and the law firm of Holland & Knight LLP, special counsel to the

Debtor, ("Counsel") hereby apply, pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016 an

Local Rule 2016-1, for interim allowance of compensation for legal services performed in the

above-captioned matter in the amount of **$58,313.50**, and for reimbursement of expenses in the

amount of **$3,642.39**, for total interim compensation of **$61,955.89** for services rendered during

the time period of September 1, 2007, through February 29, 2008.  In accordance with this

Court's Order on the Debtor's Motion to Establish Interim Fee Application and Expense

Reimbursement Procedures for Professionals entered on May 1, 2007, Counsel has remitted

periodic invoices to counsel to the Debtor, and has received payment towards those invoices in

the amount of $55,337.69, which is approximately equal to ninety percent of undisputed fees as

originally billed plus one hundred percent of undisputed costs incurred through February, 2008.

In support of this Application, Counsel states the following:

1.      The debtor in the above-captioned cases (the "Debtor") commenced this case

through filing voluntary petitions pursuant to Chapter 11 of the Bankruptcy Code on March 16,

2007 (the "Petition Date").

2.    Since the Petition Date, the Debtor has been operating its business and managing its affairs as Debtor-in-possession pursuant to 11 U.S.C. §1107 and §1108.

3.    On or about March 23, 2007, an Official Committee of Unsecured Creditors (the "Committee") was formed and appointed by the Office of the United States Trustee, consisting of seven of the largest unsecured creditors of the Debtor.  Since approximately September 6, 2007, Craig Jalbert as a representative of the Committee has had approval authority over much of the Debtor's activities.

4.    By Order dated April 9, 2007, this Court allowed the Debtor's Motion for Leave to Employ Counsel, authorizing the employment of Deborah S. Griffin and the law firm of Holland & Knight LLP as special construction counsel for the Debtor effective as of the commencement of the case.  A copy of the Order containing the Court's notation allowing the motion is attached as **Exhibit A**.

5.    On May 1, 2007, this Court entered an Order on the Debtor's Motion to Establish Interim Fee Application and Expense Reimbursement Procedures for Professionals (the "Fee Order").

6.    Pursuant to the Fee Order, professionals are entitled to seek interim compensation equal to 90% of fees and 100% of expenses on or before the 10th day of every other month, following the second month for which compensation is sought, by submitting an invoice to the Debtor, counsel to the Debtor, counsel to the Committee, counsel to Travelers Casualty & Surety Company and the Office of the U.S. Trustee, and interim applications for compensation are to be filed at six-month intervals throughout the case.

7.    During the period covered by the first fee application, Holland & Knight submitted invoices totaling $355,032.01 in accordance with the Fee Order, which the Court

- 2 -

approved for payment in full by order dated December 4, 2007 (docket entry 1557). and has

received payments in the amount of $355,032.01.

8.      During the period covered by the current (second) fee application, Holland &

Knight submitted invoices totaling $62,246.89 in accordance with the Fee Order, and has

received payments in the amount of $55,337.69 ("Interim Payments"), which is approximately

equal to ninety percent of fees plus one hundred percent of costs incurred through February,

2008. Although several parties who received Holland & Knight's invoices wrote letters

concerning them and reserving their rights, no objection to any Interim Payment was filed by any

party.

9.      In the process of preparing this Fee Application, Counsel discovered that an

incorrect rate was applied to some time entries.[1] That rate has been corrected so that the total

amount for which approval is now sought is slightly lower than the amount billed by $291.

10.     Through this Application, Counsel seeks entry of an Order authorizing the Interim

Payments, as well as all outstanding fees and expenses incurred during the period September 1,

2007, through February 29, 2008.

11.     During the course of its representation of the Debtor on construction matters,

Counsel has expended time and effort to resolving litigation matters, particularly non-payment of

funds by project owners to Debtor and lawsuits filed by project subcontractors against Debtor.

Steps taken include review of project documents, settlement discussions, filings in the

bankruptcy court or in state court, the production of close-out documents and consultation with

the Committee and its representatives.  Counsel's services have also included advice to and

---

[1]  Some time entries for Deborah Griffin during the month of September, 2007 were billed at the rate of $425 an hour instead of $395 an hour.  Some time entries for her during the month of October were billed at the rate of $395 instead of her new billing rate of $435.  Correction of these rates results in a net decrease of $291.

consultation with Debtor, negotiations with the Surety, subcontractors and owners as to

payments and settlement agreements between owners, subcontractors and Debtor.

12.    In accordance with Local Rule 2016-1, an overall summary of hours expended by

timekeeper is attached hereto as **Exhibit B**.  A narrative description of services performed by

Counsel and other members of the Firm is attached hereto as **Exhibit C**.  In accordance with

Local Rule 2016-1(d), this narrative is separated into twelve (12) categories based upon project

and/or subject matter, and contains a description of tasks undertaken by Counsel within each

category summarized.  These services are itemized fully in the contemporaneously maintained

computer time records attached as **Exhibit D.**  Biographies of the attorneys who provided

services are attached as **Exhibit E.**  An itemization of expenses is attached as **Exhibit F.**

13.    All professional services for which this Application seeks compensation were

performed by Counsel and members and employees of the law firm of Holland & Knight LLP in

accordance with the Exhibits attached hereto, and were performed on behalf of the Debtor and

not on behalf of any other committee, creditor or person.

14.    The compensation and reimbursement sought in this Application will not be

divided, shared or pooled directly or indirectly with any other person or firm.

15.    All disbursements set out in Exhibit "F" were actual and necessary and have been

incurred in the most economical method possible.  All expenses for which reimbursement is

sought are customarily charged to non-bankruptcy clients of Counsel.

WHEREFORE, Deborah S. Griffin and the law firm Holland & Knight LLP respectfully

request that this Court enter an Order authorizing payment of Counsel's fees in the amount of

**$58,313.50,** and for reimbursement of expenses in the amount of **$3,642.39,** for total interim

compensation of **$61,955.89,** for services rendered during the time period of September 1, 2007,

through February 29, 2008, of which **$55,337.69** has been satisfied by virtue of the Interim

Payment, leaving a balance to be paid for this period of **$6,618.20**.

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Deborah S. Griffin*
Deborah S. Griffin (BBO #211460)
Paul M. James (BBO #552342)
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Date:  March 28, 2008

# 5196512_v1

# EXHIBIT  A

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** Payton Construction Corporation        **Case Number:** 07-11522        **Ch:** 11

**MATTER:**

Doc# 73 Application filed by Debtor Payton Construction Corporation to Employ Holland & Knight
LLP as Special Counsel Nunc Pro Tunc

**MOVANT/APPLICANT/PARTIES:**

**OUTCOME:**

_____Granted_____Denied_____Approved_____ Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____

                    Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed.  Granted.

IT IS SO NOTED:                         IT IS SO ORDERED:

                                        _Robert Somma_

_____              Dated: 4/9/2007

Courtroom Deputy                        Robert  Somma, U.S. Bankruptcy Judge

# EXHIBIT  B

## EXHIBIT "B"

### Overall Summary by Timekeeper

| Name | Hours | Rate | Fees |
|------|------:|-----:|-----:|
| Fonte, Gina | 12.7 | $275.00 | $3,492.50 |
| Fonte, Gina | 10.7 | $295.00 | $3,156.50 |
| Griffin, Deborah | 17.4 | $395.00 | $6,873.00 |
| Griffin, Deborah | 4.5 | $435.00 | $1,957.50 |
| James, Paul | 2 | $395.00 | $790.00 |
| James, Paul | 0.4 | $415.00 | $166.00 |
| Mulroney, Paul | 115 | $310.00 | $35,650.00 |
| Nathenson, Robert | 37.4 | $145.00 | $5,423.00 |
| Whalen, Shannan | 3.6 | $165.00 | $594.00 |
| Whalen, Shannan | 1.5 | $175.00 | $262.50 |
| Wiktozak, Robert | 0.8 | $180.00 | $144.00 |
|  |  |  |  |
| Subtotal: | 206.0 |  | $58,509.00 |
| 10% Discount on 40010 |  | -$195.50 |  |
|  |  |  |  |
| **Total:** | **206.0** |  | **$58,313.50** |

5197763_1.XLS

## EXHIBIT "B"

| Summary by Category | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| **Category** | **Name** | **Hours** | **Hourly Rate** | **Total** |
| | | | | |
| **1. Pending Adversary Proceedings and Mechanics Lien Claims** | Fonte, Gina | 8.3 | $275.00 | $2,282.50 |
| | Fonte, Gina | 3.1 | $295.00 | $914.50 |
| | Mulroney, Paul | 28.0 | $310.00 | $8,680.00 |
| | **Total:** | **39.4** | | **$11,877.00** |
| | | | | |
| **2. Project Administration** | Fonte, Gina | 0.7 | $295.00 | $206.50 |
| | Griffin, Deborah | 7.3 | $395.00 | $2,883.50 |
| | Griffin, Deborah | 2.3 | $435.00 | $1,000.50 |
| | James, Paul | 2.0 | $395.00 | $790.00 |
| | Mulroney, Paul | 1.5 | $310.00 | $465.00 |
| | **Total:** | **13.8** | | **$5,345.50** |
| | | | | |
| **3. Dover Residences** | Fonte, Gina | 1.4 | $275.00 | 385.00 |
| | Mulroney, Paul | 4.6 | 310.00 | $1,426.00 |
| | Wiktozak, Robert | 0.8 | $180.00 | $144.00 |
| | Subtotal: | 6.8 | | $1,955.00 |
| | 10% Discount | | | -$195.50 |
| | **Total:** | **6.8** | | **$1,759.50** |
| | | | | |
| **4. Yoo D-4 Contract Review** | Fonte, Gina | 0.3 | $275.00 | $82.50 |
| | Fonte, Gina | 3.1 | $295.00 | $914.50 |
| | **Total:** | **3.4** | | **$997.00** |
| | | | | |
| **5. Harrison Avenue Project** | Mulroney, Paul | 29.8 | $310.00 | $9,238.00 |
| | **Total:** | **29.8** | | **$9,238.00** |
| | | | | |
| **6. Pleasant Street Apartments** | Mulroney, Paul | 8.9 | $310.00 | $2,759.00 |
| | **Total:** | **8.9** | | **$2,759.00** |
| | | | | |

| | | | | |
|---|---|---|---|---|
| **7. Malden YMCA** | Fonte, Gina | 2.7 | $275.00 | $742.50 |
| | Fonte, Gina | 3.8 | $295.00 | $1,121.00 |
| | James, Paul | 0.4 | $415.00 | $166.00 |
| | Mulroney, Paul | 2.2 | $310.00 | $682.00 |
| | **Total:** | **9.1** | | **$2,711.50** |
| | | | | |
| | | | | |
| **8. Santini Bros. Iron Works, Inc.** | Mulroney, Paul | 0.3 | $310.00 | $93.00 |
| | **Total:** | **0.3** | | **$93.00** |
| | | | | |
| **9. D.J. Plumbing & Heating, Inc.** | Mulroney, Paul | 1.4 | $310.00 | $434.00 |
| | **Total:** | **1.4** | | **$434.00** |
| | | | | |
| **10. Bankruptcy Matters Case Administration** | Griffin, Deborah | 1.9 | $395.00 | $750.50 |
| | Griffin, Deborah | 2.1 | $435.00 | $913.50 |
| | **Total:** | **4.0** | | **$1,664.00** |
| | | | | |
| **11. Bankruptcy Matters Fee/Employment Applications** | Griffin, Deborah | 8.2 | $395.00 | $3,239.00 |
| | Nathenson, Robert | 37.4 | $145.00 | $5,423.00 |
| | Whalen, Shannon | 3.6 | $165.00 | $594.00 |
| | Whalen, Shannon | 1.5 | $175.00 | $262.50 |
| | **Total:** | **50.7** | | **$9,518.50** |
| | | | | |
| **12. Suit by C3 Supply on 700 Harrison Avenue Project** | Griffin, Deborah | 0.1 | $435.00 | $43.50 |
| | Mulroney, Paul | 38.3 | $310.00 | $11,873.00 |
| | **Total:** | **38.4** | | **$11,916.50** |
| | | | | |
| **Overall Total** | | **206.0** | | **$58,313.50.00** |

# 5207303_v1

# EXHIBIT  C

## EXHIBIT "C"

## Narrative of Services by Category

### Category 1

### PENDING ADVERSARY PROCEEDINGS AND MECHANICS LIEN CLAIMS

Holland & Knight attorneys spent time corresponding with the Debtor's Committee regarding ongoing lawsuits with project owners and subcontractors. In particular, attorneys drafted summaries of all pending lawsuits, created status memoranda, and informed the Committee of new developments in the lawsuits. Attorneys also spent time corresponding with opposing counsel in the various lawsuits with the aim to resolve lien claims and to file stipulations of dismissal where appropriate. Attorneys advised and assisted the Debtor in its compliance with document subpoenas. Some of the projects included here are Massport, Harvard Pilgrim, YMCA, Yoo D-4, Triangle Park, and Stuart Street.

| Name | Hours | Hourly Rate | Total |
|------|-------|-------------|-------|
| Fonte, Gina | 8.3 | $275.00 | $2,282.50 |
| Fonte, Gina | 3.1 | $295.00 | $914.50 |
| Mulroney, Paul | 28.0 | $310.00 | $8,680.00 |
| **Total:** | **39.4** | | **$11,877.00** |

<u>Category 2</u>

<u>PROJECT ADMINISTRATION</u>

Attorneys corresponded with the Committee and Owner's counsel regarding close-out of project accounting and mechanics lien filings.  Also, attorneys corresponded with opposing counsel to resolve the lawsuits.  These included counsel for Tedor Pharma, Rolli Marble, McAdams Painting, Limbach Company, Commonwealth Ventilation, MacAdms Painting, and others.  We also continued to track funds escrowed for sale tax obligations of Re-View on the Triangle Park project.

| **Name** | **Hours** | **Hourly Rate** | **Total** |
|---|---|---|---|
| Fonte, Gina | 0.7 | $295.00 | $206.50 |
| Griffin, Deborah | 7.3 | $395.00 | $2,883.50 |
| Griffin, Deborah | 2.3 | $435.00 | $1,000.50 |
| James, Paul | 2.0 | $395.00 | $790.00 |
| Mulroney, Paul | 1.5 | $310.00 | $465.00 |
| **Total:** | **13.8** | | **$5,345.50** |

## Category 3

### DOVER RESIDENCES

This category covers all time spent closing out the Dover Residences Project. Counsel worked on settling all outstanding issues, especially punch list work. They coordinated the exchange of documents between parties, particularly dissolutions of liens, stipulations of dismissal, and settlement checks. As well, they recorded the necessary documentation in the registry of deeds.

| Name | Hours | Hourly Rate | Total |
|------|-------|-------------|-------|
| Fonte, Gina | 1.4 | $275.00 | 385.00 |
| Mulroney, Paul | 4.6 | 310.00 | $1,426.00 |
| Wiktozak, Robert | 0.8 | $180.00 | $144.00 |
| Subtotal: | 6.8 | | $1,955.00 |
| 10% Discount | | | -$195.50 |
| **Total:** | **6.8** | | **$1,759.50** |

## Category 4

### YOO D-4 CONTRACT REVIEW

Attorneys corresponded with counsel for Yoo D-4 regarding the pending lawsuit including status of claim, settlement negotiations and resolution of the case. Also, attorneys informed the creditors counsel of the status of all claims by subcontractors.

| Name | Hours | Hourly Rate | Total |
|------|-------|-------------|-------|
| Fonte, Gina | 0.3 | $275.00 | $82.50 |
| Fonte, Gina | 3.1 | $295.00 | $914.50 |
| **Total:** | **3.4** | | **$997.00** |

## Category 5

### HARRISON AVENUE PROJECT

For the Harrison Avenue Project, attorneys primarily dealt with the bond claims and extra work claims of various subcontractors. Work included reviewing client documents, especially requisitions, change order requests, change orders, and subcontracts. Counsel also prepared responses to the claims on behalf of United States Fidelity & Guaranty.

| **Name** | **Hours** | **Hourly Rate** | **Total** |
|---|---|---|---|
| Mulroney, Paul | 29.8 | $310.00 | $9,238.00 |
| **Total:** | **29.8** | | **$9,238.00** |

## Category 6

## PLEASANT STREET APARTMENTS

Counsel reviewed the status of and worked on the claims filed by various subcontractors, including American Stair and General Glass. This included responding to document requests and interrogatories and creating various pleadings. Also, counsel conducted legal analysis for the counterclaim by Civic Center Associates Limited Partnership. Counsel also conferred with the creditors counsel about the status of the claims.

| **Name** | **Hours** | **Hourly Rate** | **Total** |
|----------|-----------|-----------------|-----------|
| Mulroney, Paul | 8.9 | $310.00 | $2,759.00 |
| **Total:** | **8.9** | | **$2,759.00** |

## Category 7

## MALDEN YMCA

Time was spent corresponding with the YMCA and the Surety regarding the status of the various lawsuits with subcontractors. Subcontractors included Limbach, Commonwelath Ventilation, Cavalieri, etc. Counsel reviewed the bond claims by the subcontractors, scheduling orders, prepared for pre-trial conferences, and worked on responses to the complaints. Counsel endeavored to close-out each lawsuit via final payment, dismissal of action, and dissolution of lien. Also, counsel informed the Committee's counsel of the status of the lawsuits.

| **Name** | **Hours** | **Hourly Rate** | **Total** |
|----------|-----------|-----------------|-----------|
| Fonte, Gina | 2.7 | $275.00 | $742.50 |
| Fonte, Gina | 3.8 | $295.00 | $1,121.00 |
| James, Paul | 0.4 | $415.00 | $166.00 |
| Mulroney, Paul | 2.2 | $310.00 | $682.00 |
| **Total:** | **9.1** | | **$2,711.50** |

## Category 8

### SANTINI BROS. IRON WORKS, INC.

For this matter, counsel reviewed and summarized the lawsuit for the bankruptcy counsel. Also, counsel drafted a response to the release.

| Name | Hours | Hourly Rate | Total |
|------|-------|-------------|-------|
| Mulroney, Paul | 0.3 | $310.00 | $93.00 |
| **Total:** | **0.3** | | **$93.00** |

## Category 9

### D.J. PLUMBING & HEATING, INC.

Counsel conducted legal analysis in the case, corresponded with the opposition in settlement negotiations, and ensured the tolling agreement conformed to the settlement requirements.

| Name | Hours | Hourly Rate | Total |
|------|-------|-------------|-------|
| Mulroney, Paul | 1.4 | $310.00 | $434.00 |
| **Total:** | **1.4** | | **$434.00** |

## Category 10

### BANKRUPTCY MATTERS CASE ADMINISTRATION

Counsel reviewed pleadings filed with the bankruptcy court, finalized a memo regarding open cases to the debtors committee.

| **Name** | **Hours** | **Hourly Rate** | **Total** |
|----------|-----------|-----------------|-----------|
| Griffin, Deborah | 1.9 | $395.00 | $750.50 |
| Griffin, Deborah | 2.1 | $435.00 | $913.50 |
| **Total:** | **4.0** | | **$1,664.00** |

Category 11

## BANKRUPTCY MATTERS FEE/EMPLOYMENT APPLICATIONS

Work completed largely involved the first fee application from September 2007. Work conducted included gathering all time billed during Payton's bankruptcy. Time and total billed was calculated by attorney and, for each attorney, by billing rate. Total costs including photocopying and couriers was tabulated. Time was split up by matter, and then within this rearranged from standard billing task codes to various categories in order to streamline the application process. Narratives detailing what time was spent doing was developed for each category.

| Name | Hours | Hourly Rate | Total |
|------|-------|-------------|-------|
| Griffin, Deborah | 8.2 | $395.00 | $3,239.00 |
| Nathenson, Robert | 37.4 | $145.00 | $5,423.00 |
| Whalen, Shannon | 3.6 | $165.00 | $594.00 |
| Whalen, Shannon | 1.5 | $175.00 | $262.50 |
| **Total:** | **50.7** | | **$9,518.50** |

Category 12

## SUIT BY CS SUPPLY ON 700 HARRISON AVENUE PROJECT

Counsel worked on the lawsuit filed by C3 Supply.  This includes communications with opposing counsel regarding requests for production of documents, settlement negotiations, and the logistics and insurance requirements for pickup and disposal of the granite countertops. Counsel drafted pleadings including a counterclaim and motion to extend scheduling order. Counsel also communicated with the surety and the committee to discuss the lawsuit, its defenses, and counterclaims.

| Name | Hours | Hourly Rate | Total |
|------|-------|-------------|-------|
| Griffin, Deborah | 0.1 | $435.00 | $43.50 |
| Mulroney, Paul | 38.3 | $310.00 | $11,873.00 |
| **Total:** | **38.4** | | **$11,916.50** |

# 5210105_v1

# EXHIBIT  D

# EXHIBIT "D"

## Billing By Category

| Category | Title |
|---|---|
| 1. | Pending Adversary Proceedings and Mechanics Lien Claims |
| 2. | Project Administration |
| 3. | Dover Residences |
| 4. | Yoo D-4 Contract Review |
| 5. | Harrison Avenue Project |
| 6 | Pleasant Street Apartments |
| 7. | Malden YMCA |
| 8. | Santini Bros. Iron Works, Inc. |
| 9. | D.J. Plumbing & Heating, Inc. |
| 10. | Bankruptcy Matters Case Administration |
| 11. | Bankruptcy Matters Fee/Employment Applications |
| 12. | Suit by C3 Supply on 700 Harrison Avenue Project |

# 5214158_v1

| **Category 1 - Pending Adversary Proceedings and Mechanics Lien Claims** |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 9/7/2007 | Mulroney, Paul O. | 1.5 | $465.00 | B | Prepare status memorandum for creditors committee. |
| 9/7/2007 | Fonte, Gina A. | 2.5 | $687.50 | B | Draft summary and status of all pending Payton cases and summary of necessary actions to be taken in each case. |
| 9/10/2007 | Mulroney, Paul O. | 2.2 | $682.00 | B | Prepare status memorandum for creditors committee. |
| 9/14/2007 | James, Paul M. | 0 | $0.00 | BNC | Continued review of recent bankruptcy related activities and case progress reports and work on follow up issues regarding same. |
| 9/18/2007 | Fonte, Gina A. | 0.2 | $55.00 | B | E-Mail correspondence to counsel for McAdams Painting assenting to proposed Amended Complaint. |
| 9/18/2007 | Fonte, Gina A. | 0.3 | $82.50 | B | Review Correspondence and proposed Amended by McAdams Painting. |
| 9/18/2007 | Fonte, Gina A. | 0.2 | $55.00 | B | Telephone call with Counsel for McAdams painting regarding assent to motion to amend complaint to assert a claim against the Lien Bond. |
| 9/19/2007 | Fonte, Gina A. | 1.2 | $330.00 | B | Revise/Edit memorandum of status of cases for presentation to the Creditor's committee and provide summary for projects such as the YMCA, Yoo D-4, Triangle Park and other miscellaneous cases pending against Payton. |
| 9/20/2007 | Mulroney, Paul O. | 0.5 | $155.00 | B | Review final change orders for Lincoln Plaza and advise as to existing holdback. |
| 9/20/2007 | Mulroney, Paul O. | 0.5 | $155.00 | B | Revise status memorandum for Debtor. |
| 9/20/2007 | Fonte, Gina A. | 0.2 | $55.00 | B | Review Court notice for Limbach regarding status conference and confirm that hearing will go forward. |
| 9/20/2007 | Fonte, Gina A. | 0.6 | $165.00 | B | Review issues regarding subpoena of records and deposition testimony of Payton in connection with Back Bay Spas lawsuit and Stuart Street Project. |
| 9/20/2007 | Fonte, Gina A. | 1.2 | $330.00 | B | Various Telephone calls with counsel for Claimants: Limbach Company, Commonwealth Ventilation and MacAdams painting regarding status of cases. |
| 9/25/2007 | Mulroney, Paul O. | 1 | $310.00 | B | Teleconference with committee and bankruptcy counsel re: litigation status and action plan. |

| Category 1 - Pending Adversary Proceedings and Mechanics Lien Claims | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 9/25/2007 | Fonte, Gina A. | 0.7 | $192.50 | B | Conference call with bankruptcy counsel and creditor's committee representative to discuss future courses of action for Payton. |
| 9/25/2007 | Fonte, Gina A. | 0.2 | $55.00 | B | Telephone call to counsel for Limbach regarding status conference with the Court. |
| 9/26/2007 | Mulroney, Paul O. | 1.4 | $434.00 | B | Draft summary memorializing action plan agreed upon by Debtor's bankruptcy counsel and counsel for the Committee. |
| 9/26/2007 | Fonte, Gina A. | 0.2 | $55.00 | B | Review Motions and Pleadings filed with the Court to monitor activity and any necessary courses of action. |
| 9/26/2007 | Fonte, Gina A. | 0.4 | $110.00 | B | E-Mail correspondence to counsel regarding deposition notice and document subpoena for Payton Construction Company in Back Bay Spas lawsuit involving Stuart Street Project. |
| 9/28/2007 | Fonte, Gina A. | 0.2 | $55.00 | B | E-Mail correspondence from/to counsel for Commonwealth Ventilation regarding coordinating dissolution of liens and filing stipulations of dismissals as to certain cases filed on behalf of Commonwealth Ventilation. |
| 9/28/2007 | Fonte, Gina A. | 0.2 | $55.00 | B | E-Mail correspondence from Counsel for Commonwealth Ventilation regarding final payment, dismissal of action and dissolution of lien. |
| 10/4/2007 | Mulroney, Paul O. | 1 | $310.00 | B | Teleconferences with client and counsel for Harvard Pilgrim re: Payton's last day of work on site and subcontractor mechanic's lien claims. |
| 10/5/2007 | Mulroney, Paul O. | 2.4 | $744.00 | B | Teleconferences and email communications with D. DeSantis and R. Collari re: Harvard Pilgrim Projects; review client documents; draft email communication to owner's counsel. |
| 10/8/2007 | Mulroney, Paul O. | 3.3 | $1,023.00 | B | Review bond claim documents of EG. Sawyer for the Massport Project and prepare response for USF&G. |
| 10/8/2007 | Mulroney, Paul O. | 1 | $310.00 | B | Teleconferences with D. DeSantis re: outstanding litigation matters. |
| 10/9/2007 | Mulroney, Paul O. | 0.2 | $62.00 | B | Teleconference and email communications with Committee's counsel re: organization of documents for litigation. |

| Category 1 - Pending Adversary Proceedings and Mechanics Lien Claims | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 10/9/2007 | Mulroney, Paul O. | 2.7 | $837.00 | B | Review bond claim documents of Joseph Cohn & Sons for the Massport Project and prepare response for USF&G. |
| 10/10/2007 | Mulroney, Paul O. | 0.8 | $248.00 | B | Teleconferences with counsel for Harvard Pilgrim Healthcare and D. Collari re: last day of work on site and document review. |
| 10/10/2007 | Mulroney, Paul O. | 1.2 | $372.00 | B | Draft and file notices of appearances and suggestions of bankruptcy in the Lebel mechanic's lien action on the Fidelity, 695 Atlantic Avenue and Mass General Projects. |
| 10/11/2007 | Mulroney, Paul O. | 0.3 | $93.00 | B | Review status of disputes and draft status email to Debtor and Committee re: litigation preparation. |
| 10/11/2007 | Mulroney, Paul O. | 0.7 | $217.00 | B | Teleconferences and D. DeSantis and C. Obrien re: Sawyer and Environmental Interiors bond claims on Massport Project. |
| 10/11/2007 | Mulroney, Paul O. | 1.2 | $372.00 | B | Review client documents and begin drafting response to bond claim of Sawyer. |
| 10/11/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Review request for the production of documents to Payton. |
| 10/11/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Telephone call with Greg Ramsey regarding status of dismissal of various lawsuits and status of pending claims. |
| 10/12/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Work on issues regarding dismissal of certain actions because payment had been made by the Owners. |
| 10/15/2007 | Mulroney, Paul O. | 0.2 | $62.00 | B | Teleconference with R. Collari re: Harvard Pilgrim Healthcare's review of the project documents. |
| 10/16/2007 | Mulroney, Paul O. | 1.2 | $372.00 | B | Teleconferences with client re: amounts due Sawyer; continue drafting response to EG Sawyer's bond claim on the Massport Project. |
| 10/17/2007 | Mulroney, Paul O. | 1.8 | $558.00 | B | Teleconferences with R. O'Brien; finalize response to bond claims for EG Sawyer and Environmental Interiors. |
| 10/17/2007 | Mulroney, Paul O. | 0.5 | $155.00 | B | Email and telephone communications with Walsh Mechanical, Fidelity and Debtor's counsel re: settlement of mechanic's lien claim on 245 Summer Street project. |
| 10/18/2007 | Mulroney, Paul O. | 0.3 | $93.00 | B | Revise letter to Traveler's re: bond claim of EG Sawyer on Massport Project. |
| 10/19/2007 | Mulroney, Paul O. | 0.5 | $155.00 | B | Status call with D. DeSantis. |

| Category 1 - Pending Adversary Proceedings and Mechanics Lien Claims | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 10/19/2007 | Mulroney, Paul O. | 0.6 | $186.00 | B | Teleconferences and email communications with R. Obrien re: Massport bond claims. |
| 10/23/2007 | Fonte, Gina A. | 0.5 | $147.50 | B | Extended Telephone call to with Scott Wynn regarding status of YMCA case and upcoming hearing and other submissions due to the Court (.6); |
| 10/31/2007 | Fonte, Gina A. | 0.3 | $88.50 | B | Telephone call to clerk's office regarding removing the notice of default entered in the CA Senecal case; and Telephone call from/to counsel for CA Senecal regarding same (.3). |
| 10/31/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Telephone call to counsel for Commonwealth Ventilation regarding default (.2); |
| 10/31/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Telephone call with counsel for the surety regarding default against Payton in the Commonwealth Ventilation/YMCA matter (.2). |
| 11/1/2007 | Fonte, Gina A. | 0.3 | $88.50 | B | Extended Telephone call with counsel in Stuart Street lawsuit regarding update on documents requested and possible deposition of Payton; E-Mail correspondence to client regarding same (.3). |
| 11/2/2007 | Fonte, Gina A. | 0.1 | $29.50 | B | Telephone call to Court regarding assessment of damages hearing in the Rolli Marble Case and removal of default (.1) |
| 11/2/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Review docket entries in the Rolli Marble case and correspondence to Court filing suggestion of bankruptcy (.2). |
| 11/5/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Telephone call with Clerk's Office regarding removal of default against Payton Construction in the Rolli Marble Case (.2) |
| 11/9/2007 | Mulroney, Paul O. | 0.3 | $93.00 | B | Review discovery and status of motions; teleconference with C. Jalbert re: action items. |
| 11/14/2007 | Fonte, Gina A. | 0.3 | $88.50 | B | Telephone call with Michael Bean regarding Stipulation of Dismissal for E-Trade project and E-Mail correspondence to Michael Bean regarding authorization to execute Stipulation of Dismissal and possibility of filing a Voluntary Dismissal on the case. |

| Category 1 - Pending Adversary Proceedings and Mechanics Lien Claims | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 11/14/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Receive/review Complaint and lien information filed by Fred Williams in connection with the Charles Draper Laboratories project; E-Mail correspondence to Creditors' Committee and bankruptcy counsel regarding same. |
| 11/16/2007 | James, Paul M. | 0 | $0.00 | BNC | Reviewing status of active litigation matters. |
| 11/29/2007 | Mulroney, Paul O. | 0.5 | $155.00 | B | Teleconferences and email communications with counsel for Walsh Mechanical re: dismissal of MGH mechanic's lien action; draft follow up email to committee's counsel. |
| 11/30/2007 | Mulroney, Paul O. | 0.2 | $62.00 | B | Teleconferences and email communications with counsel for Walsh Mechanical re: dismissal. |
| 2/7/2008 | James, Paul M. | 0 | $0.00 | BNC | Reviewing several settlement related motions and attachments in conjunction with bankruptcy proceedings. |
| Total: | | 39.4 | $11,877.00 | | |

| Category 2 - Project Administration | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 9/4/2007 | James, Paul M. | 0 | $0.00 | BNC | Monitoring bankruptcy court developments. |
| 9/4/2007 | Griffin, Deborah S. | 4.4 | $1,738.00 | B | Exchange e-mail with debtor and Mr. Palmer re Tedor Pharma payables, including draft spreadsheet attachments. |
| 9/5/2007 | Griffin, Deborah S. | 0.3 | $118.50 | B | Exchange e-mail with Mr. Marten re adjustments to Tedor Pharma payables. |
| 9/6/2007 | James, Paul M. | 0 | $0.00 | BNC | Working on issues regarding bankruptcy status and ongoing matters. |
| 9/6/2007 | Mulroney, Paul O. | 1.5 | $465.00 | B | Attend hearing re: sale motion. |
| 9/6/2007 | Griffin, Deborah S. | 1.8 | $711.00 | B | Update Tedor Pharma payables analysis. |
| 9/6/2007 | Griffin, Deborah S. | 0.2 | $79.00 | B | Telephone call with Mr. Collari re Tedor Pharma payables. |
| 9/6/2007 | Griffin, Deborah S. | 0.3 | $118.50 | B | E-mail to Mr. Palmer re Tedor Pharma payables. |
| 9/7/2007 | James, Paul M. | 1.5 | $592.50 | B | Continued monitoring of bankruptcy related activity and reviewing of status of open matters and actions. |
| 9/10/2007 | James, Paul M. | 0 | $0.00 | BNC | Continued review of current status of bankruptcy proceedings and impact upon ongoing matters and working on follow up issues regarding same. |
| 9/12/2007 | Griffin, Deborah S. | 0.1 | $39.50 | B | E-mail from Mr. Collari and to Mr. Palmer re last date worked. |
| 9/13/2007 | James, Paul M. | 0 | $0.00 | BNC | Continued working on issues regarding bankruptcy liquidation and impact upon current efforts and working on follow up issues regarding same. |
| 9/27/2007 | Griffin, Deborah S. | 0.2 | $79.00 | B | E-mail from Mr. Palmer re Tedor Pharma close-out proposal. |
| 10/4/2007 | Fonte, Gina A. | 0.4 | $118.00 | B | Work on issues regarding Bloomingdales and Macy's liens and notices of contract on record. |
| 10/9/2007 | Griffin, Deborah S. | 0.2 | $87.00 | B | Telephone call with and fax from Mr. Collari re Tedor Pharma lien issues. |
| 10/10/2007 | James, Paul M. | 0.5 | $197.50 | B | Reviewing status of escrow funds in pending subcontractor matters and bankruptcy court requirements related to same. |
| 10/11/2007 | Griffin, Deborah S. | 0.1 | $43.50 | B | Exchange e-mail with Mr. Palmer re Tedor Pharma. |

| Category 2 - Project Administration | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 10/12/2007 | Fonte, Gina A. | 0.3 | $88.50 | B | Memo to file regarding funds in the escrow account for the tax obligations attributable to Re-View, the window supplier, for the Triangle Park Project. |
| 11/20/2007 | Griffin, Deborah S. | 0.2 | $87.00 | B | Response to creditor inquiry re mechanics lien status. |
| 12/3/2007 | Griffin, Deborah S. | 0.2 | $87.00 | B | E-mail from Mr. Palmer re Tedor Pharma liens. |
| 12/3/2007 | Griffin, Deborah S. | 0.2 | $87.00 | B | Begin e-mail to Mr. Lizotte and Ms. Su re lien status on Tedor Pharma. |
| 12/4/2007 | Griffin, Deborah S. | 0.7 | $304.50 | B | E-mail to Mr. Palmer re lien perfection on Tedor Pharma. |
| 12/4/2007 | Griffin, Deborah S. | 0.1 | $43.50 | B | Telephone call with Mr. Lizotte re Tedor Pharma liens. |
| 12/4/2007 | Griffin, Deborah S. | 0.3 | $130.50 | B | E-mail to Mr. Lizotte's associate re Tedor Pharma liens. |
| 2/26/2008 | Griffin, Deborah S. | 0.3 | $130.50 | B | Telephone call with Mr. Condon re Generic Realty accounting. |
| Total: | | 13.8 | $5,345.50 | | |

| Category 3 - Dover Residences | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 9/4/2007 | Fonte, Gina A. | 0.2 | $55.00 | B | E-Mail correspondence from/to counsel for the surety regarding copies of closing documents for DJ Plumbing. |
| 9/4/2007 | Fonte, Gina A. | 0.6 | $165.00 | B | Work on issues regarding status of dissolutions of liens filed, lawsuits dismissed and outstanding issues with the punch list work at the Project. |
| 9/5/2007 | Fonte, Gina A. | 0.4 | $110.00 | B | Work on issues regarding outstanding tasks and issues to close out project. |
| 9/5/2007 | Fonte, Gina A. | 0.2 | $55.00 | B | E-Mail correspondence from/to counsel for the surety regarding status of payment and stipulation of dismissal for Cives Corporation. |
| 9/7/2007 | Mulroney, Paul O. | 0.3 | $93.00 | B | Draft email to Attorney Spearing and D. DeSantis re: DJ Construction settlement and joint checks to lower tier subs. |
| 9/13/2007 | Mulroney, Paul O. | 0.5 | $155.00 | B | Teleconference with Attorney Pisarri re: DJ Construction settlement; draft letter enclosing settlement checks. |
| 9/13/2007 | Mulroney, Paul O. | 0.3 | $93.00 | B | Teleconference with S. Spearing re: DJ Plumbing settlement negotiations; review USF&G response letter re: indemnity. |
| 9/14/2007 | Mulroney, Paul O. | 0.3 | $93.00 | B | Teleconference with Chapman's counsel re: resolution of the punchlist. |

| Category 3 - Dover Residences | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 9/27/2007 | Wiktozak, Robert | 0.8 | $144.00 | B | Prep Notice of Dissolution of Lien for D.J. Construction for recording with the Suffolk County Registry of Deeds; telephone call to Suffolk County title examiner to schedule recording; obtain recording fees; package document, fees and detailed instructions to title examiner and arrange for courier delivery to Registry; telephone call from title examiner with recording data re: Notice; email confirmation memo with recording data details to Attorney P. Mulroney. |
| 9/28/2007 | Mulroney, Paul O. | 0.6 | $186.00 | B | Legal analysis re: interpleader action and resolution of outstanding punchlist issues; teleconference with A. Dasco re: potential resolution. |
| 10/11/2007 | Mulroney, Paul O. | 0.5 | $155.00 | B | Teleconference with A. Dasco re: punchlist resolution. |
| 10/11/2007 | Mulroney, Paul O. | 0.2 | $62.00 | B | Teleconference with Attorney Spearing re: interpleader action and punchlist resolution. |
| 10/11/2007 | Mulroney, Paul O. | 1 | $310.00 | B | Review punchlist positions of Prudential and Chapman Waterproofing; teleconferences with counsel re: settlement. |
| 10/12/2007 | Mulroney, Paul O. | 0.5 | $155.00 | B | Teleconference with A. Dasco re: punchlist resolution. |
| 10/18/2007 | Mulroney, Paul O. | 0.4 | $124.00 | B | Teleconferences with Chapman and Prudential Door re: punchlist resolution. |
| Total: | | 6.8 | $1,955.00 | | |

| Category 4 - Yoo D-4 Contract Review | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 9/19/2007 | Fonte, Gina A. | 0.2 | $55.00 | B | Conference call with counsel for the owner regarding status of claim and pending lawsuit. |
| 9/19/2007 | Fonte, Gina A. | 0.1 | $27.50 | B | E-Mail correspondence from counsel for the Owner regarding status of claim and extension of time to file an answer to pending lawsuit. |
| 10/22/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Various E-Mail correspondence with Counsel for Yoo D-4 regarding answer to counterclaim. |
| 11/6/2007 | Fonte, Gina A. | 0.6 | $177.00 | B | Review settlement proposal and settlement issues concerning the Yoo D-4 claim, review settlement agreement for Yoo D-4 (.6). |
| 11/6/2007 | Fonte, Gina A. | 0.3 | $88.50 | B | Various E-Mail correspondence with bankruptcy counsel regarding status of Yoo D-4 and subcontractors with outstanding claims (.3). |
| 11/6/2007 | Fonte, Gina A. | 0.6 | $177.00 | B | Extended Telephone call with Bankruptcy counsel regarding demand by Yoo D-4 for settlement and upcoming deadline for submission of the proof of claim deadline (.6). |
| 11/14/2007 | Fonte, Gina A. | 1.2 | $354.00 | B | Prepare PCC response and defenses to the Proof of Claim submitted by Yoo D-4. |
| 11/20/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Conference with counsel for Yoo D-4 regarding pending case, settlement and resolution of matter. |
| Total: | | 3.4 | $997.00 | | |

## Category 5 - Harrison Avenue Project

| Date | Name | Hours | Amount | Status | Narrative |
|------|------|-------|--------|--------|-----------|
| 9/4/2007 | Mulroney, Paul O. | 0.5 | $155.00 | B | Review requisitions and Cullinane subcontract. |
| 9/4/2007 | Mulroney, Paul O. | 0.3 | $93.00 | B | Teleconferences and email communications with D. DeSantis, A. Burns and L. Paoletta re: bond claim of Cullinane. |
| 9/5/2007 | Mulroney, Paul O. | 0.2 | $62.00 | B | Teleconference with D. DeSantis re: requisitions. |
| 9/5/2007 | Mulroney, Paul O. | 1.3 | $403.00 | B | Draft response to Cullinan's bond claim. |
| 9/17/2007 | Mulroney, Paul O. | 0.2 | $62.00 | B | Teleconferences and email communications with Debtor re: Canatal bond claims. |
| 9/20/2007 | Mulroney, Paul O. | 0.5 | $155.00 | B | Teleconferences and email communications with PCC re: Massport bond claims. |
| 10/3/2007 | Mulroney, Paul O. | 2.5 | $775.00 | B | Review bond claim documents of H. Carr on and prepare response for USF&G; teleconferences with L. Paoletta. |
| 10/4/2007 | Mulroney, Paul O. | 3.1 | $961.00 | B | Review bond claim documents of Triple G. Scaffold and prepare response for USF&G; teleconferences with L. Paoletta. |
| 10/12/2007 | Mulroney, Paul O. | 0.9 | $279.00 | B | Teleconferences with D. DeSantis and L. Paoletta re: Canatal's bond claim. |
| 10/12/2007 | Mulroney, Paul O. | 2 | $620.00 | B | Draft response to bond claim of Canatal. |
| 10/12/2007 | Mulroney, Paul O. | 1.5 | $465.00 | B | Review and analyze client documents, subcontract, change orders and change order requests re: Canatal. |
| 10/15/2007 | Mulroney, Paul O. | 2.2 | $682.00 | B | Continue drafting response to Canatal's bond claim. |
| 10/19/2007 | Mulroney, Paul O. | 0.7 | $217.00 | B | Teleconference and email communications re: C3 Supply meeting with surety. |
| 10/22/2007 | Mulroney, Paul O. | 0.5 | $155.00 | B | Teleconference with L. Paoletta re: project status and documents. |
| 10/23/2007 | Mulroney, Paul O. | 0.6 | $186.00 | B | Draft response to Environmental Services bond claim. |

| Category 5 - Harrison Avenue Project | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 10/23/2007 | Mulroney, Paul O. | 1.4 | $434.00 | B | Teleconference with R. Obrien and draft response to EG Sawyer bond claim. |
| 10/26/2007 | Mulroney, Paul O. | 2.4 | $744.00 | B | Legal analysis re: extra work claims asserted by Capco Steet; teleconferences with L.Paoletta re: merit and status of extra work claims. |
| 10/26/2007 | Mulroney, Paul O. | 2.1 | $651.00 | B | Draft Capco Steel bond claim response to Travelers. |
| 10/26/2007 | Mulroney, Paul O. | 2 | $620.00 | B | Legal analysis re: extra work claims of H. Carr & Sons. |
| 10/26/2007 | Mulroney, Paul O. | 1.6 | $496.00 | B | Review complaint of Capco Steel, analyze entitlement and draft response for Travelers. |
| 10/29/2007 | Mulroney, Paul O. | 1.7 | $527.00 | B | Prepare H. Carr & sons bond claim response to Travelers. |
| 10/29/2007 | Mulroney, Paul O. | 0.6 | $186.00 | B | Revise and finalize Capco Steel bond claim response to Travelers. |
| 10/30/2007 | Mulroney, Paul O. | 1 | $310.00 | B | Review change orders, extra work claims and backcharges re: H. Carr with L. Paoletta in preparation to responding to H. Carr's bond claim. |
| 11/12/2007 | James, Paul M. | 0 | $0.00 | BNC | Reviewing status and strategy considerations. |
| Total: | | 29.8 | $9,238.00 | | |

| Category 6 - Pleasant Street Apartments | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 10/3/2007 | Mulroney, Paul O. | 1.3 | $403.00 | B | Review correspondence and pleadings for filing. |
| 10/9/2007 | Mulroney, Paul O. | 0.7 | $217.00 | B | Review 9A motion of General Glass re: removal of stay and pursuit of discovery; teleconference with counsel for General Glass. |
| 10/12/2007 | Mulroney, Paul O. | 0.5 | $155.00 | B | Review status of escrowed funds and American Stair litigation; draft status memorandum. |
| 10/31/2007 | Mulroney, Paul O. | 0.4 | $124.00 | B | Review status of W. L French claim and draft status to committee re: summary judgment action. |
| 11/27/2007 | Mulroney, Paul O. | 0.3 | $93.00 | B | Review claim status of Superior Steel; draft email communications to Committee. |
| 12/4/2007 | Mulroney, Paul O. | 1.8 | $558.00 | B | Draft answer and affirmative defenses to counterclaim of Civic Center Associates Limited Partnership. |
| 12/6/2007 | Mulroney, Paul O. | 0.8 | $248.00 | B | Legal analysis re: procedural and substantive status of civil action with CCALP; draft summary email re: procedural status of C3 Supply, consolidation of subcontractor actions and $8 million proof of claim filed by CCALP. |
| 12/6/2007 | Mulroney, Paul O. | 0.5 | $155.00 | B | Continue drafting counterclaim and affirmative defenses in CCALP action. |
| 12/10/2007 | Mulroney, Paul O. | 0.5 | $155.00 | B | Revise affirmative defenses to counterclaim and file in superior court. |
| 1/31/2008 | Mulroney, Paul O. | 0.5 | $155.00 | B | Teleconferences and email communications with counsel for Combined Properties and P. Armanetti re: document requests and interrogatories. |
| 2/4/2008 | Mulroney, Paul O. | 0.2 | $62.00 | B | Review standstill agreement and draft email to opposing counsel re: document production. |

| Category 6 - Pleasant Street Apartments | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 2/12/2008 | Mulroney, Paul O. | 0.4 | $124.00 | B | Teleconferences with opposing counsel re: discovery and extending scheduling order; follow up email communications with client and bankruptcy counsel. |
| 2/13/2008 | Mulroney, Paul O. | 0.4 | $124.00 | B | Revise motion to extend discovery deadline and forward to counsel for Combined Properties. |
| 2/14/2008 | Mulroney, Paul O. | 0.3 | $93.00 | B | Teleconference with creditors counsel re: C3 Supply claims. |
| 2/19/2008 | Mulroney, Paul O. | 0.3 | $93.00 | B | Review revised motion to extend scheduling order; teleconferences with opposing counsel. |
| Total: | | 8.9 | $2,759.00 | | |

| Category 7 - Malden YMCA | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 9/6/2007 | Fonte, Gina A. | 0.8 | $220.00 | B | Work on issues regarding Cavalieri lawsuit and inquiries from Surety concerning the status of various lawsuits. |
| 9/17/2007 | Fonte, Gina A. | 0.3 | $82.50 | B | Work on issues regarding upcoming pre-Trial Conference scheduled and whether it will proceed. |
| 9/17/2007 | Fonte, Gina A. | 0.4 | $110.00 | B | Various E-Mail correspondence with counsel for the surety regarding Cavalieri lawsuit, request for copy of subcontract, and Payton's defenses to Cavalieri lawsuit. |
| 9/27/2007 | Fonte, Gina A. | 0.2 | $55.00 | B | E-Mail correspondence from Counsel for Commonwealth Ventilation regarding final payment, dismissal of action and dissolution of lien. |
| 9/27/2007 | Fonte, Gina A. | 0.2 | $55.00 | B | E-Mail correspondence to Creditor's Committee counsel notifying them of same. |
| 9/27/2007 | Fonte, Gina A. | 0.4 | $110.00 | B | Review scheduling orders in the Limbach case for the YMCA project. |
| 9/28/2007 | Fonte, Gina A. | 0.3 | $82.50 | B | Review Answer to Amended Complaint filed by Limbach Company against the YMCA. |
| 9/28/2007 | Fonte, Gina A. | 0.1 | $27.50 | B | Revise status memo accordingly. |
| 10/2/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Review Amended Answer filed by the Surety. |
| 10/2/2007 | Fonte, Gina A. | 0.1 | $29.50 | B | Consider mandatory actions by Payton. |
| 10/2/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Review Amended Complaint filed by the Plaintiff. |
| 10/9/2007 | Mulroney, Paul O. | 1 | $310.00 | B | Revise bond claim documentation for JC Cannistraro. |
| 10/11/2007 | Mulroney, Paul O. | 0.8 | $248.00 | B | Revise bond claim documentation for Vertex. |
| 10/19/2007 | Mulroney, Paul O. | 0.4 | $124.00 | B | Teleconference and email communications with surety counsel re: removing adversary proceeding from the Bankruptcy Court. |
| 11/5/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Review status of YMCA lawsuit and upcoming mediation and court dates. |

## Category 7 - Malden YMCA

| Date | Name | Hours | Amount | Status | Narrative |
|------|------|-------|--------|--------|-----------|
| 11/6/2007 | Fonte, Gina A. | 0.4 | $118.00 | B | Extended Telephone call with Dana Rodin, counsel for YMCA regarding upcoming mediation, reduction of the mechanic's lien by the settlement amount and global settlement of dispute. |
| 11/6/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Telephone call with Andrew Lizotte regarding upcoming hearing, discussions with Dana Rodin and reduction of mechanic's lien. |
| 11/6/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | E-Mail correspondence to Andrew Lizotte providing current status of Limbach claim, upcoming mediation and discussions with counsel. |
| 11/9/2007 | Fonte, Gina A. | 0.3 | $88.50 | B | Various Telephone calls with the Clerk's office regarding removal of default entered against Payton Construction Corporation. |
| 11/14/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Telephone call from counsel for the Surety regarding claim made by Closure, a YMCA subcontractor, and the Requests for Admissions received. |
| 11/14/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Telephone call from Clerk's office regarding the removal of default filed against PCC in the Commonwealth. |
| 11/26/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Telephone call from Dana Rodin, counsel for the YMCA regarding mediation, resolution and dismissal of lawsuit. |
| 12/4/2007 | James, Paul M. | 0.4 | $166.00 | B | Telephone conference with Middlesex Superior Court regarding case status and Payton issues and strategy considerations regarding same. |
| 12/5/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | E-Mail correspondence to bankruptcy counsel and creditor's committee counsel regarding Limbach settlement and proposal. |
| 12/5/2007 | Fonte, Gina A. | 0.2 | $59.00 | B | Telephone call with clerk's office regarding status of case. |

| Category 7 - Malden YMCA | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 1/9/2008 | Fonte, Gina A. | 1 | $295.00 | B | Respond to Telephone call and e-mails from bankruptcy counsel regarding questions, requests for documents and information made by Bankruptcy counsel in preparation for upcoming hearing. |
| Total: | | 9.1 | $2,711.50 | | |

| Category 8 - Santini Bros. Iron Works, Inc. | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 11/19/2007 | Mulroney, Paul O. | 0.3 | $93.00 | B | Review release and draft response with proposed language. |
| Total: | | 0.3 | $93.00 | | |

| Category 9 - D.J. Plumbing & Heating, Inc. | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 9/26/2007 | Mulroney, Paul O. | 0.2 | 62.00 | B | Legal analysis re: DJ Plumbing's position as to indemnification and preference rights. |
| 10/11/2007 | Mulroney, Paul O. | 0.4 | 124.00 | B | Teleconference with counsel re: settlement. |
| 10/11/2007 | Mulroney, Paul O. | 0.8 | 248.00 | B | Review tolling agreement and release for conformity with the requirements of the court order approving Gateway Project settlement. |
| Total: | | 1.4 | 434.00 | | |

| Category 10 - Bankruptcy Matters Case Administration | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 9/5/2007 | Griffin, Deborah S. | 0.2 | $79.00 | B | Telephone call with Mr. Gordon re preparation for September 6 hearing. |
| 9/6/2007 | Griffin, Deborah S. | 0.1 | $39.50 | B | Read incoming pleadings. |
| 9/7/2007 | Griffin, Deborah S. | 0.1 | $39.50 | B | Read incoming pleadings. |
| 9/11/2007 | Griffin, Deborah S. | 0.2 | $79.00 | B | Update task summary for revise with committee. |
| 9/14/2007 | Griffin, Deborah S. | 0.1 | $39.50 | B | Read incoming pleadings. |
| 9/17/2007 | Griffin, Deborah S. | 0.1 | $39.50 | B | Read incoming pleadings. |
| 9/19/2007 | Griffin, Deborah S. | 0.1 | $39.50 | B | Read incoming pleadings. |
| 9/20/2007 | Griffin, Deborah S. | 0.9 | $355.50 | B | Finalize and forward to committee counsel memo of open issues. |
| 9/20/2007 | Griffin, Deborah S. | 0.1 | $39.50 | B | Read incoming pleadings. |
| 10/9/2007 | Griffin, Deborah S. | 0.2 | $87.00 | B | Read incoming pleadings. |
| 10/15/2007 | Griffin, Deborah S. | 0.2 | $87.00 | B | Read incoming pleadings. |
| 10/29/2007 | Griffin, Deborah S. | 0.1 | $43.50 | B | Read status report and other incoming pleadings. |
| 11/2/2007 | Griffin, Deborah S. | 0.2 | $87.00 | B | Read incoming pleadings. |
| 11/6/2007 | Griffin, Deborah S. | 0.1 | $43.50 | B | Read incoming pleadings. |
| 11/8/2007 | Griffin, Deborah S. | 0.6 | $261.00 | B | Read incoming pleadings. |
| 12/3/2007 | Griffin, Deborah S. | 0.3 | $130.50 | B | Read incoming pleadings. |
| 12/11/2007 | Griffin, Deborah S. | 0.1 | $43.50 | B | Read incoming pleadings. |
| 2/7/2008 | Griffin, Deborah S. | 0.2 | $87.00 | B | Read incoming pleadings. |
| 2/26/2008 | Griffin, Deborah S. | 0.1 | $43.50 | B | Read incoming pleadings. |
| Total: | | 4.0 | $1,664.00 | | |

| Category 11 - Bankruptcy Matters Fee/Employment Applications | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 9/6/2007 | Griffin, Deborah S. | 1.2 | 474.00 | B | Begin drafting first interim fee application. |
| 9/6/2007 | Griffin, Deborah S. | 0.3 | 118.50 | B | Follow-up from results of new stipulation with committee. |
| 9/10/2007 | Griffin, Deborah S. | 0.3 | 118.50 | B | Direct work on fee application. |
| 9/10/2007 | Whalen, Shannan E. | 0.8 | 132.00 | B | Review Massachusetts Bankruptcy Court Local Rules re: fee applications; assist with preliminary work on fee application. |
| 9/11/2007 | Griffin, Deborah S. | 0.1 | 39.50 | B | Revise preliminary category list for fee application. |
| 9/12/2007 | Nathenson, Robert | 0.6 | 87.00 | B | Worked on completing fee application for bankruptcy court including gathering bill data from accounting. |
| 9/14/2007 | Nathenson, Robert | 1.2 | 174.00 | B | Worked on completing fee application in bankruptcy court including categorizing of billable time. |
| 9/17/2007 | Whalen, Shannan E. | 0.2 | 33.00 | B | Assist with preparation of expense exhibit to fee application. |
| 9/17/2007 | Nathenson, Robert | 2.1 | 304.50 | B | Worked on preparing exhibits to bankruptcy fee filing. |
| 9/18/2007 | Nathenson, Robert | 0.6 | 87.00 | B | Worked on completing time and task code sorting, summaries for exhibits of Payton bankruptcy fee filing. |
| 9/19/2007 | Nathenson, Robert | 0.8 | 116.00 | B | Worked on compiling exhibits to Payton Bankruptcy Filing Fee. |
| 9/20/2007 | Griffin, Deborah S. | 0.1 | 39.50 | B | Direct work on fee application. |
| 9/20/2007 | Nathenson, Robert | 4.3 | 623.50 | B | Worked on compiling exhibits to Payton Bankruptcy Filing Fee. |
| 9/21/2007 | Griffin, Deborah S. | 1.2 | 474.00 | B | Revise application of categories to time entries. |
| 9/21/2007 | Nathenson, Robert | 2.2 | 319.00 | B | Worked on compiling exhibits for Payton Bankruptcy Filing Fee. |
| 9/24/2007 | Griffin, Deborah S. | 2.9 | 1,145.50 | B | Revise allocation of time entries to categories for fee application. |
| 9/24/2007 | Nathenson, Robert | 2.7 | 391.50 | B | Worked on Payton bankruptcy filing fee including sorting of bill entries into categories, and organization of said categories.  Creation of various draft exhibits to go with filing fee. |
| 9/25/2007 | Nathenson, Robert | 0.2 | 29.00 | B | Review of total money billed according to time entries vs. data from accounting for verification of accuracy in the Payton bankruptcy filing fee. |

| Category 11 - Bankruptcy Matters Fee/Employment Applications | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 9/25/2007 | Nathenson, Robert | 1.3 | 188.50 | B | Review of time entry sorting by word processing into various categories as part of the Payton bankruptcy filing fee. |
| 9/25/2007 | Nathenson, Robert | 0.2 | 29.00 | B | Accessed Pacer to confirm documents needed for exhibit A of the Payton Bankruptcy filing fee. |
| 9/25/2007 | Nathenson, Robert | 1 | 145.00 | B | Worked on creating the Payton Bankruptcy Filing Fee including further revisions of draft exhibits such as exhibit B, "Overall Summary By Timekeeper" and "Summary by Category." |
| 9/26/2007 | Whalen, Shannan E. | 0.1 | 16.50 | B | Assist with preparation of exhibits to fee application. |
| 9/26/2007 | Nathenson, Robert | 0.1 | 14.50 | B | Phone conversation with accounting on accounts receivable versus time entry data. |
| 9/26/2007 | Nathenson, Robert | 0.2 | 29.00 | B | Conversations with Jane Messinger re creation of Payton bankruptcy filing fee. |
| 9/26/2007 | Nathenson, Robert | 0.7 | 101.50 | B | Assembly of current draft exhibits for review by Deb Griffin. |
| 9/26/2007 | Nathenson, Robert | 4 | 580.00 | B | Work on excel document containing time entries by category by attorney by date for summation purposes of attorney's time.  Creation of new excel document detailing entries by category by date for Exhibit D and editing of the worksheet in preparation of filing. |
| 9/27/2007 | Whalen, Shannan E. | 1.6 | 264.00 | B | Assist with preparation of exhibits to fee application. |
| 9/27/2007 | Nathenson, Robert | 0.1 | 14.50 | B | Assessed amount still due after payments received by Payton. |
| 9/27/2007 | Nathenson, Robert | 0.3 | 43.50 | B | Revision of time entry summations for Bankruptcy categories to exclude time billed in September. |
| 9/27/2007 | Nathenson, Robert | 0.1 | 14.50 | B | Conferences with Deb Griffin re draft category summaries for Exhibit C. |
| 9/27/2007 | Nathenson, Robert | 0.5 | 72.50 | B | Revision of summary tables for exhibit B to account for Paul Mulroney and Deb Griffin's change in billing rates. |

| Category 11 - Bankruptcy Matters Fee/Employment Applications | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 9/27/2007 | Nathenson, Robert | 1 | 145.00 | B | Renaming of titles for Exhibit D to match titles of categories in exhibit C; rearranging of categories in exhibit D to match order in Exhibit C. |
| 9/27/2007 | Nathenson, Robert | 0.5 | 72.50 | B | Worked on completing main body of the Payton Bankruptcy Filing Fee including filing in fees and costs billed, monies collected, and role of Counsel as special counsel to Debtor Payton. |
| 9/27/2007 | Nathenson, Robert | 4 | 580.00 | B | Read time entries for each of the thirty categories (and seven sub-categories) in preparation of summarizing attorney's billed time for Exhibit C of the Payton Bankruptcy Filing Fee. |
| 9/27/2007 | Nathenson, Robert | 4.7 | 681.50 | B | Drafted summaries for each of the thirty categories and seven sub-categories of attorney's billed time on behalf of Payton for inclusion as the main text of Exhibit C of the Payton Bankruptcy Filing Fee. |
| 9/27/2007 | Nathenson, Robert | 1 | 145.00 | B | Assemble main body and all exhibits of the draft Payton Bankruptcy Filing Fee for Deb Griffin's review. |
| 9/27/2007 | Nathenson, Robert | 2 | 290.00 | B | Research case information for background detail in draft summations of time entry categories of Exhibit C in the Payton bankruptcy filing fee. |
| 9/27/2007 | Nathenson, Robert | 1 | 145.00 | B | Entry of time entries from excel into the appropriate categories of Exhibit C in miscrosoft word, and formatting issues therewith. |
| 9/27/2007 | Griffin, Deborah S. | 0.4 | $158.00 | B | Revise narratives for fee application. |
| 9/28/2007 | Griffin, Deborah S. | 1.7 | 671.50 | B | Finalize fee application. |
| 9/28/2007 | Whalen, Shannan E. | 0.9 | 148.50 | B | Assist with preparation of exhibits to fee application; e-mails with D. Griffin re: motion to limit notice of fee application; electronic filing of fee application, exhibits thereto and certificate of service. |
| 10/3/2007 | Whalen, Shannan E. | 1.5 | 262.50 | B | Review order re: notice of filing fee application; create long service list including all unsecured creditors not served by debtor or by ECF. |

| Category 11 - Bankruptcy Matters Fee/Employment Applications | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| **Total:** | | **50.7** | **9,518.50** | | |

| Category 12 - Suit by C3 Supply on 700 Harrison Avenue Project | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 9/4/2007 | Mulroney, Paul O. | 1.1 | $341.00 | B | Continue drafting Automatic Disclosures and prepare for filing. |
| 9/4/2007 | Mulroney, Paul O. | 0.4 | $124.00 | B | Teleconferences with A. Burns and L. Paoletta re: Automatic Disclosures. |
| 9/10/2007 | Mulroney, Paul O. | 0.3 | $93.00 | B | Email communications with D. Crowley and L. Paoletta re: disposal of cabinets. |
| 9/11/2007 | Mulroney, Paul O. | 0.5 | $155.00 | B | Teleconferences and email communications with opposing counsel re: disposal of cabinets, salvaging countertops and insurance requirements for any contractor that picks up the materials. |
| 9/13/2007 | Mulroney, Paul O. | 0.7 | $217.00 | B | Teleconferences with Attorney Fencer and L. Paoletta re: non-union subcontractor picking up granite counter-tops at the project. |
| 9/13/2007 | Mulroney, Paul O. | 0.9 | $279.00 | B | Teleconferences and emails with counsel for 700 Harrison Avenue and C3 Supply re: extended C3 Supply scheduling order. |
| 9/13/2007 | Mulroney, Paul O. | 3.2 | $992.00 | B | Draft Rule 15 motion and counterclaim against C3 Supply. |
| 9/13/2007 | Mulroney, Paul O. | 0.3 | $93.00 | B | Teleconferences with creditors committee counsel re: near term action items. |
| 9/14/2007 | Mulroney, Paul O. | 3.2 | $992.00 | B | Email and teleconferences with USF&G, Creditors Committee and Bankruptcy Counsel re: Harrison Avenue settlement discussions and need to extend C3 Supply scheduling order to assert 3rd party complaint against the owner.  Draft expedited motion and order to extend scheduling order. Teleconference with C3 Supply's counsel re: extension; revise motion and file with Court. |
| 9/18/2007 | Mulroney, Paul O. | 0.4 | $124.00 | B | Teleconferences with counsel re: third party action and project settlement status. |
| 9/19/2007 | Mulroney, Paul O. | 0.1 | $31.00 | B | Teleconferences and email communications with Debtor and opposing counsel re: surplus countertops. |

| Category 12 - Suit by C3 Supply on 700 Harrison Avenue Project | | | | | |
|---|---|---|---|---|---|
| Date | Name | Hours | Amount | Status | Narrative |
| 9/20/2007 | Mulroney, Paul O. | 0.3 | $93.00 | B | Teleconferences and email communications with opposing counsel re: resolution with owner, production requests and salvaging granite countertops on site. |
| 9/24/2007 | Mulroney, Paul O. | 6.4 | $1,984.00 | B | Draft motion for leave to assert counterclaim; draft answer and counterclaim. |
| 9/25/2007 | Mulroney, Paul O. | 5.3 | $1,643.00 | B | Draft counterclaim and motion to extend scheduling order; teleconference with opposing counsel re: settlement discussion with bankruptcy counsel. |
| 9/26/2007 | Mulroney, Paul O. | 3.9 | $1,209.00 | B | Revise and file assented to motion to Assert Counterclaim; draft motion to extend scheduling deadline to file 3rd Party Complaints; legal analysis re: C3 Supply's settlement proposal. |
| 9/27/2007 | Mulroney, Paul O. | 2.2 | $682.00 | B | Teleconferences and email communications with Attorney Fencer and Attorney Spearing re: motion to extend scheduling order; revise motion language and file with the Court. |
| 10/2/2007 | Mulroney, Paul O. | 1 | $310.00 | B | Prepare response to request for production of documents. |
| 10/5/2007 | Mulroney, Paul O. | 1.5 | $465.00 | B | Review document requests and prepare response. |
| 10/10/2007 | Mulroney, Paul O. | 0.5 | $155.00 | B | Review court show cause order re: staying action for resolution in the state courts and status client. |
| 10/12/2007 | Mulroney, Paul O. | 0.3 | $93.00 | B | Review counterclaim and draft email to C. Jalbert re: mediation meeting with C3 Supply. |
| 10/16/2007 | Griffin, Deborah S. | 0.1 | $43.50 | B | Analyze options for response to order to show cause. |
| 10/18/2007 | Mulroney, Paul O. | 0.6 | $186.00 | B | Teleconferences with Attorney Fencer and the Debtor re: motion to show cause, settlement meeting and arbitration instead of litigation in state court. |
| 10/24/2007 | Mulroney, Paul O. | 2.8 | $868.00 | B | Meet with counsel for surety, committee representatives and project team to discuss C3 Supply claims, defenses and counterclaims. |

## Category 12 - Suit by C3 Supply on 700 Harrison Avenue Project

| Date | Name | Hours | Amount | Status | Narrative |
|------|------|-------|--------|--------|-----------|
| 10/24/2007 | Mulroney, Paul O. | 1 | $310.00 | B | Teleconferences and email communications with counsel for C3 Supply re: mediation and show cause order issued by the Court. |
| 10/24/2007 | Mulroney, Paul O. | 1.4 | $434.00 | B | Draft statement of no objection to Court's proposed abstention order; teleconferences with Attorney Su re: joint submission. |
| Total: | | 38.4 | $11,916.50 | | |

# EXHIBIT  E

## EXHIBIT "E"

### BIOGRAPHIES

**Gina A. Fonte (GAF)** is an Associate and a member of the Litigation Department and concentrates her practice in all areas of commercial litigation, with an emphasis on the construction industry, insurance, and surety law. Ms. Fonte received her bachelors degree, *magna cum laude*, in English and in French Language and Literature from Boston University. She received her law degree in 1998, from Boston University School of Law. Her standard billing rate is $295.00 per hour.

**Deborah S. Griffin (DSG)** is Senior Counsel in the Litigation Group and concentrates her practice in the area of commercial litigation and bankruptcy, with emphasis on construction, fraud, employment and corporate trust matters. Ms. Griffin attended Bryn Mawr College, where she received her Bachelor of Arts degree *cum laude* in 1971. She earned her J.D. in 1974 from Boston University, where she was Member of Law Review. Her standard billing rate is $435.00 per hour.

**Paul M. James (PMJ)** is a Partner with the National Construction Industry Practice Group of Holland & Knight LLP, resident in Boston. Mr. James concentrates his practice in construction law and litigation, alternative dispute resolution and government contracts. Mr. James received a B.A. *cum laude* from Providence College and a J.D. from Boston University. His standard billing rate is $415.00 per hour.

**Paul O. Mulroney (POM)** is Senior Counsel in Holland & Knight's National Construction Industry Practice Group. Mr. Mulroney concentrates his practice in the areas of construction law, including both litigation and transactional matters. Mr. Mulroney represents a range of construction industry clients within the building, heavy/highway and power sectors of the industry, including, contractors, construction managers, owners, developers, sureties, and subcontractors. His standard billing rate is $310.00 per hour.

# 5197572_v1

# EXHIBIT  F

## EXHIBIT "F"

### Disbursement Report

| Description of Expense | Cost |
|---|---|
| Photocopy | $3,006.75 |
| Telecopy | 14.00 |
| Long Distance Charges/Teleconference Call Charges | 0.00 |
| Courier | 80.53 |
| Postage | 339.67 |
| Filing Fees | 110.00 |
| Travel | 22.00 |
| Court Costs | 18.00 |
| Research (Pacer Charges) | 51.44 |
| **Total** | **$3,642.39** |

# 5198106_v1

Exhibit F