UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| PAYTON CONSTRUCTION CORPORATION, | ) | Case No. 07-11522-HB |
| | ) | |
| Debtor. | ) | |
| | ) | |

**APPLICATION OF ZURICH AMERICAN INSURANCE COMPANY FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Zurich American Insurance Company ("Zurich"), by and through its attorneys, Lord, Bissell & Brook LLP, and files this application ("Application") for allowance and payment of administrative expense claim, and in support thereof respectfully states as follows:

**I.
BACKGROUND**

1. On March 16, 2007, Payton Construction Corp. ("Payton" or the "Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code").

2. The Debtor has continued to operate its business and manage its property as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

**II.
VENUE AND JURISDICTION**

3. This Court has jurisdiction over this motion pursuant to 28 U.S.C. § 1334.

4. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A),(B), and (O).

CHI1 1496160v.1

## III.
## INTRODUCTION

5. By way of background, Zurich has provided workers' compensation, and general liability insurance to the Debtor for the policy periods from January 27, 2005 to January 27, 2006 from January 27, 2006 to January 27, 2007 (collectively, the "Deductible Policies"):

6. The terms of the Deductible Policies are governed by Deductible Agreement between Zurich and Payton (collectively, the "Non-Policy Agreements"; and together with the Policies, the "Insurance Agreements"[1]). Under the Insurance Agreements, the Debtor is liable to Zurich for, among other things, the reimbursement of deductibles paid by Zurich within the deductible layer per each occurrence for the deductible policies. In addition, the Debtor owes a non-loss sensitive premium (unpaid audit and deposit premium) on the Deductible Policies. Pursuant to the terms of the Insurance Agreements, Zurich calculated the amount owed to it by the Debtor using actuarial projections (which have previously been provided to the Debtor by Zurich).

7. Zurich's claims against the Debtor arising from the Insurance Agreements are secured by loss funds it holds in the amount of $50,000 and the proceeds of a draw on a letter of credit in the amount of $750,000 (collectively, the "Collateral"). The claims set forth herein are calculated after application of these loss funds and letters of credit.

8. Zurich also provided workers' compensation, automobile liability and general liability insurance to the Debtor on a "guaranteed cost" basis for the policy period from January 27, 2007 to May 1, 2007, and provided automobile liability coverage on a "guaranteed cost" basis for the policy period from January 27, 2006 to May 1, 2007 (the "Guaranteed Cost Policies"). The Debtor owes audit premium in the total amount of $30,361 for the Guaranteed

---

[1] Due to the voluminous nature of the Insurance Agreements, these documents are not attached to this Application. Zurich will provide these documents upon request.

CHI1 1496160v.1

Cost Policies, of which $15,029 related to post-petition coverage, based on a per diem allocation of premium owed. A copy of the audit invoices are attached hereto as Exhibit A-1-A-3.

## IV.
## RELIEF REQUESTED

9. Zurich's claims under the Insurance Agreements and the Guaranteed Cost Policies consist of two distinct categories based on the dates of insurance coverage: (a) a postpetition, administrative expense claim and (b) a prepetition claim. A chart showing the partitioning of Zurich's claims (the "Account Ultimate Statement") into these two categories is attached hereto as Exhibit B and expressly incorporated by reference. As shown in the Account Ultimate Statement, after applying the proceeds of the Collateral, Zurich has an administrative expense claim of $15,029 for postpetition insurance coverage through the end of the term of Guaranteed Cost Policies and a prepetition claim of $318.00.

10. Zurich requests entry of an order allowing its claim for $15,029.00 as an administrative expense claim, pursuant to section 503(b) of the Bankruptcy Code, for postpetition insurance coverage provided to the Debtor under the Guaranteed Cost Policies, and compelling the Debtor to pay such claim as an administrative expense claim.

## V.
## ARGUMENT

A. **Zurich is Clearly Entitled to an Administrative Expense Claim for its Postpetition, Insurance Coverage**

11. The term "executory contract" is not defined in the Bankruptcy Code, but is typically defined as a contract under which the obligations of the debtor and the other party are both so far unperformed that the failure of either to perform would constitute a material breach excusing the performance of the other. An insurance contract that is still within its policy period when the petition is filed is an executory contract. *See In re Transit Group, Inc.*, 2002 Bankr.

CHI1 1496160v.1

LEXIS 1389 (Bankr. M.D. Fla. 2002) (holding that insurance policies with only three days remaining in their policy periods as of the petition date were executory contracts); *see also In re Firearms Import and Export Corp.*, 131 B.R. 1009, 1012-13 (S.D. Fla. 1991). Thus, the Policies are executory contracts.

12.     There is no dispute that Zurich continued to provide the Debtors insurance coverage postpetition until May 1, 2007. Zurich is clearly entitled to an administrative expense claim for amounts owed relating to this insurance coverage provided to the Debtor. *See In re MEI Diversified, Inc.*, 106 F.3d 829, 832 (8th Cir. 1997) (holding that an insurance company's claim for retrospective premiums based on its projections of losses ultimately to be paid with respect to incidences that occurred postpetition is entitled to administrative priority under Section 503(b)(1) of the Bankruptcy Code as an "actual, necessary" cost of preserving the bankruptcy estate); *see also In re Sharon Steel Corp. (Metropolitan Insurance Co. v. Sharon Steel Corp.)*, 161 B.R. 934, 937 (Bankr. W.D. Pa. 1994); *In re Gamma Fishing Co.*, 70 B.R. 949, 953-54 (Bankr. S.D. Cal. 1987) (both holding that the debtor has an obligation to pay the insurer's postpetition claims as an administrative expense). Accordingly, Zurich is entitled to the payment of $15,029 as an administrative expense claim pursuant to section 503(b) of the Bankruptcy Code.

**WHEREFORE**, Zurich respectfully requests that the Court (i) grant Zurich, and compel the Debtor to pay, an allowed administrative expense claim of $15,029 for its postpetition insurance coverage under the Guaranteed Cost Policies pursuant to section 503(b) of the Bankruptcy Code; and (ii) grant Zurich such other and further relief to which it is entitled.

Dated: Boston Massachusetts
      June 6, 2008

Respectfully submitted,

By: /s/ Anne J. White
    Anne J. White (BBO #524960)
    KLIEMAN, LYONS, SCHINDLER & GROSS
    21 Custom House Street
    Boston, MA 02110
    Tel: 617.443.1000
    Fax: 617.443.1010

- and -

Margaret M. Anderson (ARDC #3127338)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Tel: 312.443.0402
Fax: 312.896.6402

ATTORNEYS FOR ZURICH AMERICAN
INSURANCE COMPANY

CHI1 1496160v.1

# **EXHIBIT A-1**

AUDIT ADJUSTMENT OF PREMIUM



# ZURICH

| POLICY NUMBER | POLICY PERIOD EFFECTIVE | EXPIRATION | INSURANCE COMPANY |
|---|---|---|---|
| GLO 4894141-03 | 01/27/07 | 05/01/07 | ZURICH AMERICAN ZACD-CAS-BOSTON |

| INSURED/MAILING ADDRESS | PRODUCER |
|---|---|
| PAYTON CONSTRUCTION CORPORATION<br>273 SUMMER STREET<br>BOSTON, MA 02210 | 18-251-000<br>WILLIS OF MASSACHUSETTS, INC<br>3 COPLEY PLACE STE 300<br>BOSTON, MA 02116-6503 |

| ST | CODE NO | CLASSIFICATION | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|---|
| MA | 15050 | COMPOSITE RATED PER $1,000 RECEIPTS | | | |
| | | RESIDENTIAL | 10,403,775 | 2.502 | 26,030 |
| | | ALL OTHER | 74,748,960 | 2.502 | 187,022 |
| | | TERRORISM (1% OF PREMIUM) | 213,052 | 0.01 | 2,131 |

| | |
|---|---|
| TOTAL PREMIUM EARNED | 215,183 |
| Deposit Premium | 193,495 |
| Additional Due Company | 21,688 |
| Refund Due Insured | |

**Reviewer:**
Debbie Reinert    (717) 795-2873       09/07/2007

# EXHIBIT A-2



**ZURICH**

AUDIT ADJUSTMENT
OF PREMIUM

| **POLICY NUMBER** | **POLICY PERIOD** | **INSURANCE COMPANY** |
|---|---|---|
| WC  4894143   03 | 01/27/2007 to 05/01/2007 | ZURICH AMERICAN |

**INSURED/MAILING ADDRESS**
PAYTON CONSTRUCTION CORP
273 SUMMER STREET
BOSTON, MA  02210

**PRODUCER -** 18-251-000
ZACD-CAS-BOSTON
WILLIS OF MASSACHUSETTS, INC
3 COPLEY PLACE STE 300
BOSTON, MA  02116-6503

**FEIN** 042934751

| CLASS ST CODE | CLASSIFICATION | EXPOSURE | RATE | PREMIUM |
|---|---|---:|---:|---:|
| **PAYTON CONSTRUCTION** | | | | |
| MA 5020 | CEILING INSTALLATION | 0 | 4.60 | 0 |
| 5437 | CARPENTRY-FINISHED WOODEN FLOORING | 612,545 | 6.88 | 42,143 |
| 5445 | WALLBOARD APPLICATION-WITHIN BUILDING | 0 | 8.90 | 0 |
| 5606 | CONTRACTOR - EXECUTIVE SUPERVISOR | 1,953,550 | 2.41 | 47,081 |
| 5610 | CLEANER - DEBRIS REMOVAL | 1,163,498 | 5.89 | 68,530 |
| 8742 | SALESPERSONS,COLLECTORS,MESSENGERS-OUTSIDE | 118,839 | 0.29 | 345 |
| 8810 | CLERICAL OFFICE EMPLOYEES NOC | 2,755,138 | 0.15 | 4,133 |
| 9014 | BUILDINGS-OPERATION BY CONTRACTORS | 0 | 2.65 | 0 |
| 9812 | INCREASED LIMITS | ( 162,232) | 2.00% | 3,245 |
| 9898 | EXPERIENCE MODIFICATION | ( 165,477) | 1.060 | 9,929 |
| 0063 | PREMIUM DISCOUNT FOR MA | | | -15,115 |
| 9740 | TERRORISM | 6,603,570 | 0.0300 | 1,981 |
| | **SUBTOTAL FOR MA** | | | **162,272** |
| ME 5437 | CARPENTRY-FINISHED WOODEN FLOORING | 34,498 | 11.58 | 3,995 |
| 5445 | WALLBOARD APPLICATION-WITHIN BUILDING | 0 | 26.44 | 0 |
| 5606 | CONTRACTOR - EXECUTIVE SUPERVISOR | 149,249 | 4.87 | 7,268 |
| 8742 | SALESPERSONS,COLLECTORS,MESSENGERS-OUTSIDE | 0 | 0.70 | 0 |
| 8810 | CLERICAL OFFICE EMPLOYEES NOC | 127,222 | 0.65 | 827 |
| 9812 | INCREASED LIMITS | ( 12,090) | 2.80% | 339 |
| 9898 | EXPERIENCE MODIFICATION | ( 12,429) | 1.060 | 746 |
| 0063 | PREMIUM DISCOUNT FOR ME | | | -1,136 |
| 9741 | DTEC | 310,969 | 0.0100 | 31 |
| 9740 | TERRORISM | 310,969 | 0.0300 | 93 |
| | **SUBTOTAL FOR ME** | | | **12,163** |



| POLICY NUMBER | | | | | PAGE NUMBER |
|---|---|---|---|---|---|
| WC  4894143   03 | | | | | 2 |

| ST | CLASS CODE | CLASSIFICATION | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|---|
| | | **TOTAL FOR PAYTON CONSTRUCTION** | | | 174,435 |
| MA | 0900 | EXPENSE CONSTANT | ( 284) | 0.258 | 73 |
| | 0820 | MA DEPARTMENT OF INDUSTRIAL ACCIDENT (DIA) | ( 175,406) | 4.192% | 7,353 |
| ME | | MAINE SUPPLEMENTAL BENEFITS FUND SURCHARGE | ( 13,175) | 0.79% | 104 |
| | | MAINE ADMINISTRATIVE FUND ASSESSMENT | ( 13,175) | 1.86% | 245 |



NO EXPOSURE FOR STATES:
CT,ND,NH,NY,OH,RI,VT,WA,WV & WY

TOTAL WORKERS COMP PAYROLL				6,914,539

|  |  |
|---|---|
| REVIEWED BY: DEBORAH REINERT | TOTAL EARNED PREMIUM     182,210 |
| PHONE: 717-795-2873 | DEPOSIT PREMIUM          175,033 |
| EMAIL: Deborah.Reinert@ZurichNA.com | ADDITIONAL DUE COMPANY      7,177 |
|  | A23/DXW/03         09/07/2007 |

# **EXHIBIT A-3**

AUDIT ADJUSTMENT OF PREMIUM



# ZURICH

| POLICY NUMBER | POLICY PERIOD EFFECTIVE | EXPIRATION | INSURANCE COMPANY |
|---|---|---|---|
| MA 4894142-01 | 01/27/06 | 05/01/07 | ZURICH AMERICAN ZACD-CAS-BOSTON |

**INSURED/MAILING ADDRESS**

PAYTON CONSTRUCTION CORPORATION
273 SUMMER STREET
BOSTON, MA 02210

**PRODUCER**

18-251-000
WILLIS OF MASSACHUSETTS, INC
3 COPLEY PLACE STE 300
BOSTON, MA 02116-6503

| ST | CODE NO | CLASSIFICATION | EXPOSURE | RATE | P/R | PREMIUM |
|---|---|---|---|---|---|---|
|  |  | **01/27/06 TO 01/27/07** |  |  |  |  |
|  |  | LIABILITY |  |  |  |  |
| MA | 998000 | PPT & LT | 13.0 | 1,270.00 | 1.000 | 16,510 |
|  |  | HEAVY | 2.0 | 1,850.00 | 1.000 | 3,700 |
| ME | 4414 | PPT & LT | 2.0 | 1,270.00 | 1.000 | 2,540 |
|  |  | PHYSICAL DAMAGE |  |  |  |  |
| MA | 998000 | PPT & LT | 13.0 | 200.00 | 1.000 | 2,600 |
|  |  | HEAVY | 2.0 | 350.00 | 1.000 | 700 |
| ME | 4414 | PPT & LT | 2.0 | 200.00 | 1.000 | 400 |
|  |  | **01/27/07 TO 05/01/07** |  |  |  |  |
|  |  | LIABILITY |  |  |  |  |
| MA | 998000 | PPT & LT | 12.5 | 1,270.00 | 0.258 | 4,096 |
|  |  | HEAVY | 2.0 | 1,850.00 | 0.258 | 955 |
| ME | 4414 | PPT & LT | 1.5 | 1,270.00 | 0.258 | 491 |
|  |  | PHYSICAL DAMAGE |  |  |  |  |
| MA | 998000 | PPT & LT | 12.5 | 200.00 | 0.258 | 645 |
|  |  | HEAVY | 2.0 | 350.00 | 0.258 | 181 |
| ME | 4414 | PPT & LT | 1.5 | 200.00 | 0.258 | 77 |
|  |  | TERRORISM (1% OF PREMIUM) | 32,895 | 0.01 | 1.000 | 329 |

TOTAL PREMIUM EARNED  33,224
Deposit Premium  31,728
Additional Due Company  1,496
Refund Due Insured

**Reviewer:**
Debbie Reinert   (717) 795-2873        09/07/2007

# EXHIBIT B

**ACCOUNT SUMMARY OF REMAINING FINANCIAL OBLIGATIONS**
Appendix A to Housekeeping Workflows


ZURICH

| ACCOUNT NAME | Paylon Construction Corporation | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Filed 3/16/07 | | GLO & WC | | GLO & WC | | MA 4894142-01 | | | | | | GLO & WC | | GLO&WC | TOTAL |
| | | | 1/27/2005 | | 1/27/2006 | | 1/27/2006 | | 1/27/2007 | | | | 1/27/2007 | | 3/16/2007 | |
| | | | UNSECURED TERM | USECURI TERM | UNSECURED TERM | USECURI TERM | UNSECURED TERM | USECURI TERM | UNSECURED TERM | USECURI TERM | TERM | TERM | UNSECURED TERM | | ADMIN TERM 5/7/07 | |
| **ULTIMATE DEDUCTIBLE LOSSES** | LOB | | | | | | | | | | | | | | | |
| | WC | | $210,102 | | $660,765 | | | | | | | | | | | $870,867 |
| | AL | | | | | | | | | | | | | | | $0 |
| | GL | | $154,869 | | $156,240 | | | | | | | | | | | $311,109 |
| | | | | | | | | | | | | | | | | $0 |
| | | | | | | | | | | | | | | | | $0 |
| (1) TOTAL ULTIMATE DEDUCTIBLE LOSSES | | | $364,971 | $0 | $817,005 | $0 | $0 | $0 | $0 | $0 | | | $0 | | $0 | $1,181,976 |
| (2) ULTIMATE DEDUCTIBLE PREMIUM (adjustable programs only) | | | | | | | | | | | | | | | | $0 |
| (3) ULTIMATE RETRO PREMIUM | | | | | | | | | | | | | | | | $0 |
| (4) RISK LOAD | | | | | | | | | | | | | | | | $0 |
| (5) OTHER | | | | | | | | | | | | | | | | $0 |
| (6) TOTAL (1)+(2)+(3)+(4)+(5) | | | $364,971 | $0 | $817,005 | $0 | $0 | $0 | $0 | $0 | | | $0 | | $0 | $1,181,976 |
| **NON-LOSS SENSITIVE ITEMS DUE** | | | | | | | | | | | | | | | | |
| (7) Outstanding Audit Premium (audit result on G.C. and Ded programs or non-subject audit result in retros) | | | | | $32,519 | | | | $15,332 | | | | $15,029 | | | $62,880 |
| (8) Unpaid Deposit Premiums and Assessment/Taxes (not deferrals) | | | | | | | | | | | | | | | | $0 |
| (9) TOTAL UNPAID NON-LOSS SENSITIVE ITEMS (7)+(8) | | | $0 | $0 | $32,519 | $0 | $0 | $0 | $15,332 | $0 | | | $15,029 | | | $62,880 |
| **PREMIUM AND LOSSES PAID-IN BY INSURED** | | | | | | | | | | | | | | | | |
| (10) Paid Ded.Premium (only applicable to adjustable deductible prgms.) | | | | | | | | | | | | | | | | $0 |
| (11) Paid Retro Premium (or subject premium paid if initial adjustment) | | | | | | | | | | | | | | | | $0 |
| (12) Losses Paid-In on Deductible Programs | | | $131,533 | | $297,976 | | | | | | | | | | | $429,509 |
| (13) Losses Paid-In on Retro Programs since last adjustment | | | | | | | | | | | | | | | | $0 |
| (14) | | | | | | | | | | | | | | | | $0 |
| (15) TOTAL (10)+(11)+(12)+(13)+(14) | | | $131,533 | $0 | $297,976 | $0 | $0 | $0 | $0 | $0 | | | $0 | | | $429,509 |
| **COLLATERAL** | | | | | | | | | | | | | | | | |
| (16) LOC on Hand | | | $400,000 | | $350,000 | | | | | | | | | | | $750,000 |
| (17) Surety Bonds | | | | | | | | | | | | | | | | $0 |
| (18) Trusts | | | | | | | | | | | | | | | | $0 |
| (19) Escrow / Loss Fund | | | $50,000 | | | | | | | | | | | | | $50,000 |
| (20) Cash Collateral | | | | | | | | | | | | | | | | $0 |
| (21) TOTAL COLLATERAL ON HAND (16)+(17)+(18)+(19)+(20) | | | $450,000 | $0 | $350,000 | $0 | $0 | $0 | $0 | $0 | | | $0 | | | $800,000 |
| (22) UNSECURED FINANCIAL EXPOSURE (6)+(9)-(15)-(21) | | | ($216,562) | $0 | $201,548 | $0 | $0 | $0 | $15,332 | $0 | | | $15,029 | | | $15,347 |

Applicable Only to Bankruptcies
*Please check the applicable claim:*
UNSECURED CLAIM
(More than 180 days prior to bankruptcy filing date)
PRIORITY UNSECURED CLAIM
(180 days prior to bankruptcy filing date)
ADMINISTRATIVE CLAIM
(Post-petition - incurred after bankruptcy filing date)

# CERTIFICATE OF SERVICE

I, Anne J. White, an attorney, hereby certify that I caused true and correct copies of the foregoing **Application of Zurich American Insurance Company for Allowance and Payment of Administrative Expense Claim** to be served on the parties listed below by hand delivery, on this 6th day of June, 2008.

/s/ Anne J. White
Anne J. White

**Counsel for Debtor**

Peter J. Haley
Gordon Haley LLP
101 Federal Street
Boston, MA  02110

**Counsel to the Committee**

Andrew G. Lizotte
Hanify & King, Professional Corporation
One Beacon Street
Boston, MA  02108

Eric K. Bradford
Office of the United States Trustee for
the District of Massachusetts
1182 Thomas P. O'Neill Federal Building
10 Causeway Street
Boston, MA  02222

CHI1 1496160v.1