# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Payton Construction Corporation          **Case Number:** 07-11522          **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**
Doc# 1972 Objection to Claim of Zurich American Insurance Company and Counterclaim for Turnover of Property and Related Relief filed by Debtor Payton Construction Corporation Re: [1949] Application filed by Creditor Zurich American Insurance Company f

**OUTCOME:**

_____ Granted _____ Denied _____ Approved _____ Sustained
_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled
_____ OSC enforced/released
_____ Continued to:_____ For:_____
_____ Formal order/stipulation to be submitted by:_____ Date due:_____
_____ Findings and conclusions dictated at close of hearing incorporated by reference
_____ Taken under advisement: Brief(s) due_____ From_____
            Response(s) due_____ From_____
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by:_____
✓ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Insofar as this same Objection and Counterclaim was filed as the complaint in Adversary Proceeding No. 08-1173, the Court will adjudicate the matters at issue in the context of the adversary proceeding and, unless a party moves for alternate process, will take no separate action on Doc. #1972.

IT IS SO NOTED:                               IT IS SO ORDERED:

                                              *Henry Jack Boroff* (signature)
                                                                              Dated: 6/30/2008
_____                            _____
Courtroom Deputy                              Henry Boroff, U.S. Bankruptcy Judge