# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Payton Construction Corporation         **Case Number:** 07-11522         **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**
#2053 Final Application of Argus Management Corporation, Financial Advisor for Compensation and Reimbursement of Expenses (P. Haley)

**OUTCOME:**

_____Granted_____Denied_____Approved____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
__✓__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Allowed in the amount requested.

IT IS SO NOTED:                                  IT IS SO ORDERED:

                                                 /s/ Henry Jack Boroff
_____                   _____ Dated: 8/28/2008
Courtroom Deputy                                 Henry Boroff, U.S. Bankruptcy Judge