UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In Re: Payton Construction Corporation       Case Number: 07-11522       Ch: 11

**MOVANT/APPLICANT/PARTIES:**
#2052 Final Fee Application of Gordon Haley LLP, Debtor's Attorney for Compensation and Reimbursement of Expenses as Counsel to Debtor (P. Haley)

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_ Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                                Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_✓\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Allowed in the amount requested.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             *Henry Jack Boroff*

_____              _____Dated: 8/28/2008
Courtroom Deputy                             Henry Boroff, U.S. Bankruptcy Judge