# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Payton Construction Corporation        **Case Number:** 07-11522        **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**
#2054 Third and Final Application of Hanify & King, Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses (A. Lizotte)

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_ Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____ For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                                  Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_✓\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Allowed in the amount requested.


IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                   /s/ Henry Jack Boroff

_____                        _____  Dated: 8/28/2008
Courtroom Deputy                                   Henry Boroff, U.S. Bankruptcy Judge