# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Payton Construction Corporation        **Case Number:** 07-11522        **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**
#2056 Final (Third) Application of Verdolino & Lowey P.C., Financial Advisor for Compensation (A. Lizotte)

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_ Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                          Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_✓\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Allowed in the amount requested.

IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                   /s/ Henry Jack Boroff

_____                        _____Dated: 8/28/2008
Courtroom Deputy                                   Henry  Boroff, U.S. Bankruptcy Judge