## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>PAYTON CONSTRUCTION CORPORATION<br><br>Debtor. | Chapter 11<br>Case No. 07-11522-HJB |

## MOTION BY LIQUIDATING TRUST ADMINISTRATOR TO CONSOLIDATE OBJECTIONS TO CLAIMS OF ZURICH AMERICAN INSURANCE COMPANY

To the Honorable Henry J. Boroff, Chief United States Bankruptcy Judge:

Craig Jalbert, the Administrator ("Administrator") of the Payton Construction Corporation Liquidating Trust (the "Trust"), respectfully requests that this Court consolidate the Administrator's objection to the prepetition claim of Zurich American Insurance Company ("Zurich"), filed herewith, with the Objection by Debtor to Claim of Zurich American Insurance Company and Counterclaim for Turnover of Property and Related Relief, filed on June 26, 2008 and docketed as adversary proceeding no. 08-1173 (the "Adversary Proceeding"). In further support of this motion, the Administrator states as follows:

1. Payton Construction Corporation (the "Debtor") commenced this case by filing a voluntary Chapter 11 bankruptcy petition on March 16, 2007.

2. On or about June 11, 2008, this Court entered an order confirming the First Amended Joint Liquidating Plan of Reorganization (the "Plan") propounded by the Debtor and the Official Committee of Unsecured Creditors. The effective date of the Plan was July 3, 2008. Pursuant to the terms of the Plan, Craig Jalbert was appointed Administrator and was charged with the liquidation of the remaining estate assets, resolution of disputed claims, and distribution of funds to the Debtor's creditors.

3. On June 6, 2008, Zurich filed an Application for Allowance and Payment of Administrative Expense Claim (the "Administrative Claim"), pursuant to which Zurich alleged to have an administrative claim in the amount of $15,029 and a prepetition unsecured claim in the amount of $15,347, on account of projected losses associated with the Debtor's insurance policies.

4. On or about June 26, 2008, the Debtor filed its Objection to the Administrative Claim and Request for Turnover of Property (the "Complaint"). Pursuant to the Complaint, the Debtor requested (i) an accounting by Zurich of the basis for any actual or projected losses associated with the insurance policies; (ii) declaratory judgment as to the proper loss reserves which Zurich could maintain under the terms of the policies; (iii) turnover of any collateral in excess of the proper loss reserves; (iv) an accounting of all payments made on the policies for insurance coverage applicable to the Debtor's affiliates; and (v) a determination that any payments made by the Debtor on account of insurance obligations of the Debtor's affiliates are voidable as fraudulent transfers.

5. Zurich filed a motion to stay the Adversary Proceeding and to compel arbitration, which is presently under advisement.

6. On April 2, 2007, Zurich filed a nonpriority unsecured claim in an undetermined amount (the "Unsecured Claim"),[1] separate from the Administrative Claim.

7. The Administrator has asserted several objections to the Unsecured Claim, including that the claim is largely duplicative of the Administrative Claim and arises out of the same facts and circumstances as contained in the Administrative Claim and which form the subject of the Adversary Proceeding.

---

[1] Although the face of the proof of claim is denoted a nonpriority unsecured claim, the narrative appended to the proof of claim references rights of setoff which may be asserted as secured claims.

8. Consequently, the interests of judicial economy and preservation of the resources of the parties warrant that the objection to the Unsecured Claim be consolidated with the Adversary Proceeding.

9. Zurich assents to the request for consolidation of the proceedings.

WHEREFORE, the Administrator respectfully requests that this Court:

a) Enter an order consolidating the Administrator's objection to the Unsecured Claim with the pending Adversary Proceeding; and

b) Grant such other relief as is just and proper.

CRAIG JALBERT, as Administrator of the
Payton Construction Corporation
Liquidating Trust,
By his attorneys,

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO No. 559609)
HANIFY & KING
Professional Corporation
One Beacon Street
Boston, Massachusetts 02108-3107
Tel: (617) 423-0400

Dated: November 25, 2008
514220