**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| **PAYTON CONSTRUCTION CORP.,** | ) ) | **Chapter 11** |
|  | ) | **No. 07-11522-HJB** |
| **Debtor.** | ) ) | |

**ZURICH AMERICAN INSURANCE COMPANY'S RESPONSE TO LIQUIDATING TRUST ADMINISTRATOR'S OBJECTION TO PROOF OF CLAIM AND MOTION TO CONSOLIDATE OBJECTIONS**

Defendant Zurich American Insurance Company ("Zurich") hereby responds to Liquidating Administrator Craig Jalbert's (the "Administrator") Objection to Zurich's Proof of Claim and Motion to Consolidate Objections to Claims. In support thereof, Zurich states as follows:

1. On November 26, 2008, the Administrator filed two pleadings in the bankruptcy case of debtor Payton Construction Corp. ("Payton"), No. 07-11522. The first, Docket No. 2267, is an objection to Zurich's April 2, 2007 Proof of Claim as an unsecured nonpriority creditor (the "Objection To Unsecured Claim"). The second, Docket No. 2268, is a motion to consolidate the aforementioned Objection To Unsecured Claim with another objection and counterclaim filed by Payton in response to an administrative claim made by Zurich on June 6, 2008; Payton filed the objection and counterclaim on June 26, 2008 as Adversary Proceeding, No. 08-1773 (the "Objection To Administrative Claim").

2. Regardless of whether the Court decides the Administrator's new Objection To Unsecured Claim in this case, or as a consolidated objection in the

adversary proceeding, the Court should deny the Administrator's Objection To Unsecured Claim for the same reasons set forth previously by Zurich. As Zurich demonstrated in its Motion to Stay or Dismiss the Adversary Proceeding, Docket Nos. 7-8 of Adversary Proceeding No. 08-1773, all of the disputed amounts between Zurich and Payton must be determined by a panel of arbitrators because there is a binding arbitration agreement between the parties.

3.   Accordingly, for the reasons set forth more fully in Zurich's Motion to Stay or Dismiss the Adversary Proceeding and accompanying memorandum, all of which are incorporated herein by reference, Zurich respectfully requests that the Court stay the Administrator's objection, so that the entire dispute between the parties -- including the amount of Zurich's unsecured claims -- can properly be decided in arbitration.

**Respectfully submitted,**

**ZURICH AMERICAN INSURANCE COMPANY**

By: /s/ Anne J. White
       One of its attorneys

Anne J. White (BBO #524960)
**KLIEMAN, LYONS, SCHINDLER & GROSS**
21 Custom House Street
Boston, Massachusetts  02110
PH: (617) 443-1000
Fx: (617) 443-1010

Margaret M. Anderson
Josh Goldberg: jgoldberg@fhslc.com
**FOX HEFTER SWIBEL LEVIN & CARROLL, LLP**
200 W. Madison St., Suite 3000
Chicago, Illinois  60606
PH: (312) 224-1200
Fx: (312) 224-1202

Dated: December 22, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
                                    )
In Re:                              )
                                    )       Chapter 11
PAYTON CONSTRUCTION CORP.,          )
                                    )       Case No. 07-11522-HJB
                Debtor              )
_____ )

## **CERTIFICATE OF SERVICE**

I, Anne J. White, hereby certify that, on this 22nd day of December 2008, I served a copy of the foregoing Zurich American Insurance Company's Response To Liquidating Trust Administrator's Objection To Proof Of Claim and Motion To Consolidate Objections to all appearing on the attached Service List via first-class mail, postage pre-paid, unless electronically served by the Court as indicated thereon.

/s/ Anne J. White
Anne J. White (BBO# 524960)
KLIEMAN, LYONS,
SCHINDLER & GROSS
21 Custom House Street, Suite 920
Boston, MA 02110
(617) 443-1000

## SERVICE LIST

Peter J. Haley
and Leslie F. Su
Gordon Haley LLP
Counsellors at Law
101 Federal Street
Boston, MA 02110
*(Electronically served by the Court)*

Andrew G. Lizotte,
Christian J. Urbano
 and Harold B. Murphy
Hanify & King, P. C.
Professional Corporation
One Beacon Street, 21st Floor
Boston, MA 02108
*(Electronically served by the Court)*

Craig Jalbert
Verdolino & Lowey, P.C.
124 Washington Street, Suite 101
Foxboro, MA 02035

Margaret M. Anderson
Josh Goldberg
Fox Hefter Swibel Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606