**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

**Proceeding Memorandum/Order**

**In Re:** Payton Construction Corporation  **Case/AP Number** 07-11522 **-FJB**

**Chapter** 11

Doc# 2268 Motion filed by Other Professional Craig Jalbert To Consolidate Objections to Claims of Zurich American Insurance Company

**COURT ACTION:**

_____Hearing held

_____Granted   _____ Approved   _____Moot

_____Denied   _____ Denied without prejudice   _____Withdrawn in open court

_____Overruled   _____ Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order   _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER: The request for consolidation is hereby granted as follows: on or before February 19, 2009, the Liquidating Trust Administrator shall file an amended Objection and Counterclaim in Adversary Proceeding No. 08-1173 to incorporate therein the objection to unsecured claim set forth in doc. # 2267. The objection to unsecured claim shall be litigated in the adversary proceeding.

IT IS SO ORDERED:

*Frank J Bailey*

_____Dated: 2/9/2009

Frank J. Bailey
United States Bankruptcy Judge