**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

**Proceeding Memorandum/Order**

**In Re:** Payton Construction Corporation                    **Case/AP Number** 07-11522 **-FJB**

                                                             **Chapter** 11

     Doc# 2267 Objection to Claim of Claimant Zurich American Insurance Company

**COURT ACTION:**

_____Hearing held

_____Granted        _____ Approved _____Moot

_____Denied         _____ Denied without prejudice     _____Withdrawn in open court

_____Overruled      _____ Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER:  Pursuant to the Court's order on doc. #2268, this objection shall be adjudicated in Adversary Proceeding No. 08-1173.

                    IT IS SO ORDERED:

                    *Frank J Bailey*

                    _____  Dated: 2/9/2009
                    Frank J. Bailey
                    United States Bankruptcy Judge